B1 (Official Form 1) (4/13)

| United States Bankruptcy Court<br>**NORTHERN** DISTRICT OF **ILLINOIS** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**AAME, Inc.,**<br>**a Corporation** | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**dba Dino's Finer Foods** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): **36-3123113** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**465 Summit St.**<br>**Elgin, IL**    ZIPCODE **60120-3828** | Street Address of Joint Debtor (No. & Street, City, and State):    ZIPCODE |
| County of Residence or of the<br>Principal Place of Business: **Kane** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**SAME**    ZIPCODE | Mailing Address of Joint Debtor (if different from street address):    ZIPCODE |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): **SAME**    ZIPCODE | |

**Type of Debtor** (Form of organization)
(Check one box.)

☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
☒ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (if debtor is not one of the above
  entities, check this box and state type of
  entity below

**Nature of Business**
(Check one box.)

☐ Health Care Business
☐ Single Asset Real Estate as defined
  in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☒ Other  **Retail Grocery Store**

**Chapter of Bankruptcy Code Under Which the Petition is Filed**
(Check one box)

☒ Chapter 7       ☐ Chapter 15 Petition for Recognition
☐ Chapter 9          of a Foreign Main Proceeding
☐ Chapter 11
☐ Chapter 12      ☐ Chapter 15 Petition for Recognition
☐ Chapter 13         of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)

☐ Debts are primarily consumer debts, defined     ☒ Debts are primarily
in 11 U.S.C. § 101(8) as "incurred by an            business debts.
individual primarily for a personal, family,
or household purpose"

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by,
regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable.)

☐ Debtor is a tax-exempt organization
  under Title 26 of the United States
  Code (the Internal Revenue Code).

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts
owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment
on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition
☐ Acceptances of the plan were solicited prepetition from one or more
classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)

☒ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must
attach signed application for the court's consideration certifying that the debtor
is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must
attach signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information**                                THIS SPACE IS FOR COURT USE ONLY

☒ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for
distribution to unsecured creditors.

Estimated Number of Creditors

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

Estimated Assets

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1) (4/13)                                                                                    FORM B1, Page   2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **AAME, Inc.,** <br> **a Corporation** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** | (If more than two, attach additional sheet) | |
|---|---|---|
| Location Where Filed: <br> *NONE* | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** | (If more than one, attach additional sheet) | |
|---|---|---|
| Name of Debtor: <br> *NONE* | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** <br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11) <br><br> ☐  Exhibit A is attached and made a part of this petition | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts) <br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b). <br> **X** _____  *06/25/2013* <br> Signature of Attorney for Debtor(s)                         Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and exhibit C is attached and made a part of this petition.
☒  No

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒  Exhibit D, completed and signed by the debtor, is attached and made part of this petition.
If this is a joint petition:

☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (4/13)                                                                FORM B1, Page   3

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>AAME, Inc.,<br>a  Corporation |
|---|---|

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____

_____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

_____
(Date)

---

**Signature of Attorney***

X /s/ Michael K. Desmond
Signature of Attorney for Debtor(s)

Michael K. Desmond 6208809
Printed Name of Attorney for Debtor(s)

Figliulo & Silverman, P.C.
Firm Name

10 South LaSalle St.
Address

Suite 3600

Chicago, IL  60603

312-251-4600
Telephone Number

06/25/2013
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110 (h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Jerry Ventrella
Signature of Authorized Individual

Jerry Ventrella
Printed Name of Authorized Individual

Owner
Title of Authorized Individual

06/25/2013
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

FORM B6A (Official Form 6A) (12/07)

In re _AAME, Inc._____,   Case No._____
                    Debtor(s)                                                          (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| None | | | | None |
| | | | | |

| | | TOTAL $ | 0.00 | |
| | | (Report also on Summary of Schedules.) | | |

No continuation sheets attached

B6B (Official Form 6B) (12/07)

In re _AAME, Inc._____ ,   Case No. _____
                Debtor(s)   (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | _Fifth Third Bank Acct. ending 1551 Name on Account:   AAME Inc. dba Dinos of Elgin No. 817_ | | $2,182.29 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | _Fire Insurance Claim  Date of Incident March 6, 2013. Nautilus Insurance Claim No. 10066559_ | | _Unknown_ |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |

Page  _1_  of  _3_

B6B (Official Form 6B) (12/07)

In re  *AAME, Inc.*_____,   Case No. _____
           Debtor(s)                                                          (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | | *SEE ATTACHMENT TO SCHEDULE B* | | *Unknown* |
| 30. Inventory. | | *Inventory  Perishable and Non-perishable Location: Perishable inventory disposed of. Non-perishable under control of insurance adjuster.* | | *Unknown* |

B6B (Official Form 6B) (12/07)

In re _AAME, Inc._____ ,      Case No. _____
                    **Debtor(s)**                                        (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H<br>Wife--W<br>Joint--J<br>Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **Total** ➡ | $2,182.29 |

Page __3__ of __3__

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

# EXHIBIT A

### IN RE:  AAME, INC. d/b/a DINO'S FINER FOODS

**ATTACHMENT TO SCHEDULE B – PERSONAL PROPERTY**

LINE ITEM 29 – MACHINERY, FIXTURES, EQUIPMENT
AND SUPPLIES USED IN BUSINESS

**EXHIBIT A**

**IN RE:  AAME, INC. d/b/a DINO'S FINER FOODS**

**ATTACHMENT TO SCHEDULE B – PERSONAL PROPERTY**

LINE ITEM 29 – MACHINERY, FIXTURES, EQUIPMENT
AND SUPPLIES USED IN BUSINESS

| Quantity | Description | Value |
|---|---|---|
| 4 | Computer Cash Registers | Unknown |
| 1 | Main Computer | Unknown |
| 1 | Large Safe | Unknown |
| 1 | Adding Machine | Unknown |
| 3 | Checkout Counters | Unknown |
| 1 | 72 Foot Produce Refrigerator | Unknown |
| 1 | 72 Foot Dairy Cooler | Unknown |
| 3 | Meat Refrigerators | Unknown |
| 1 | 30 Foot Open Mean Refrigerator | Unknown |
| 1 | 20 Foot Deli Case | Unknown |
| 1 | 5 foot Hot Deli Case | Unknown |
| 1 | Tortilla Machine | Unknown |
| 1 | Large Mixer | Unknown |
| 12 | Aisles of Shelving | Unknown |
| 4 | Toledo Scales | Unknown |
| 1 | Saw to Cut Meat | Unknown |
| 2 | Slicers | Unknown |
| 1 | Grinder for Ground Meat | Unknown |
| 18 | Compressors | Unknown |
| 45 | Shopping Carts | Unknown |

B6D (Official Form 6D) (12/07)

In re AAME, Inc. _____,    Case No._____
                    **Debtor(s)**                                        (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien   H--Husband  W--Wife  J--Joint  C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: *NOFO* <br><br> *Creditor # : 1* <br> *Heartland Produce Company* <br> *4550 70th Ave.* <br> *Kenosha WI 53144* | | *04/05/13* <br><br> *PACA Claim* <br><br><br><br> Value: *$ 0.00* | X | X | X | $ 26,807.60 | $ 26,807.60 |
| Account No: *NOFO* <br><br> *Representing:* <br> *Heartland Produce Company* | | *Michael T. Stanley* <br> *Ordower & Ordower* <br> *25 E. Washington St., Suite 14* <br> *Chicago IL 60602* <br><br> Value: | | | | | |
| No continuation sheets attached | | | | | **Subtotal $** <br><small>(Total of this page)</small> | $ 26,807.60 <br><small>(Report also on Summary of Schedules.)</small> | $ 26,807.60 <br><small>(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)</small> |
| | | | | | **Total $** <br><small>(Use only on last page)</small> | $ 26,807.60 | $ 26,807.60 |

B6E (Official Form 6E) (04/13)

In re AAME, Inc. _____,    Case No. _____
                        **Debtor(s)**                                                           (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☒  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**     (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐  **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐  **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐  **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐  **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐  **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐  **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**No continuation sheets attached**

B6F (Official Form 6F) (12/07)

In re  AAME, Inc.                                                                      ,          Case No. _____

**Debtor(s)**                                                                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed.  R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules, and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: | | 2013 | | | | $ 2,822.10 |
| Creditor # : 1 A. Ortega Dist. Inc. 2735 W. 36th St. Chicago IL 60632 | | Trade Debt various invoices | | | | |
| Account No:   5958 | | Feb. 2013 | | X | | $ 1,786.27 |
| Creditor # : 2 Allied Waste Services P.O. Box 9001154 Louisville KY 40290-1154 | | Trade Debt Waste Disposal Removal | | | | |
| Account No:   iner | | 2013 | | X | | $ 90.00 |
| Creditor # : 3 Ameriguard Security & Communications, Inc. P.O. Box 1350 Lake Villa IL 60046-1350 | | Trade Debt | | | | |

_8_ continuation sheets attached

Subtotal $ | $ 4,698.37

Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re __AAME, Inc._____,                Case No. _____
                    **Debtor(s)**                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   no's<br>Creditor # : 4<br>Aunt Millie's Bakeries<br>P.O. Box 13099<br>Fort Wayne IN 46867 | | | Jan. 2013<br>Trade Debt | | X | | $ 730.34 |
| Account No:   9999<br>Creditor # : 5<br>Bimbo Foods, Inc.<br>P.O. Box 643544<br>Pittsburgh PA 15264-3544 | | | April 2013<br>Trade Debt | | X | | $ 1,803.58 |
| Account No:   iner<br>Creditor # : 6<br>Castillo Brothers Enterprises, Inc.<br>4269 W. Annlurie (42nd Pl.)<br>Chicago IL 60632 | | | Feb. 2013<br>Trade Debt | | X | | $ 910.40 |
| Account No:<br>Creditor # : 7<br>Centrella<br>2600 West Haven Ave.<br>Joliet IL 60433 | | | 04/16/2013<br>Loan Transfer<br>Loan Transfer | | | | $ 46,992.42 |
| Account No:<br>Creditor # : 8<br>Chicago Seafood and Restaurant Supply<br>4433 W. 42nd Place<br>Chicago IL 60632 | | | Feb. 2013<br>Trade Debt | | X | | $ 1,006.10 |

Sheet No.   _1_ of   _8_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 51,442.84

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re AAME, Inc. , Case No.
Debtor(s) (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 2848<br>Creditor # : 9<br>Coca-Cola Refreshments<br>521 Lake Kathy Drive<br>Brandon FL 33510 | | | Feb. 2013<br>Trade Debt | | X | | $ 1,812.77 |
| Account No: 1452<br>Creditor # : 10<br>Comcast Cable<br>P.O. Box 3002<br>Southeastern PA 19398-3002 | | | 2013<br>Utility Bills -Commercial Service | | X | | $ 845.50 |
| Account No: 1488<br>Creditor # : 11<br>Constellation NewEnergy<br>111 Market Place<br>Suite 600<br>Baltimore MD 21202 | | | 2013<br>Utility Bills -Commercial Service | | X | | $ 18,904.89 |
| Account No: 1gin<br>Creditor # : 12<br>Cremeria Santa Maria, Inc.<br>3424 W. 26th St.<br>Chicago IL 60623 | | | Nov. 2012<br>Trade Debt | | X | | $ 499.49 |
| Account No: 0705<br>Creditor # : 13<br>Darling International<br>P.O. Box 552210<br>Detroit MI 48255-2210 | | | Feb. 2013<br>Trade Debt<br>BC Pickup Charge | | X | | $ 70.00 |

Sheet No. 2 of 8 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 22,132.65

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _AAME, Inc._____,   Case No._____
           **Debtor(s)**                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   1744<br><br>Creditor # : 14<br>Dr Pepper Snapple Group<br>21431 Network Place<br>Chicago IL 60673-1214 | | | Feb. 2013<br>Trade Debt | | | | $ 609.66 |
| Account No:   0319<br><br>Creditor # : 15<br>El Ranchero Food Products<br>c/o Callahan & Palmer<br>475 W. Douglas Ave.<br>El Cajon CA 92020 | | | Trade Debt | | | | $ 1,230.15 |
| Account No:   0319<br><br>Representing:<br><br>El Ranchero Food Products | | | Ricardo Calderone<br>475 W. Douglas Ave<br>El Cajon CA 92020 | | | | |
| Account No:   69-7<br><br>Creditor # : 16<br>Fedex<br>P.O. Box 94515<br>Palatine IL 60094-4515 | | | Feb.2013<br>Trade Debt | X | | | $ 26.29 |
| Account No:   2025<br><br>Creditor # : 17<br>Genworth Financial<br>P O Box 10720<br>Lynchburg VA 24506-0720 | | | 03/25/2013<br>Loans<br>Sign Loan | X | | | $ 648.55 |

Sheet No.  _3_ of  _8_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 2,514.65

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re  AAME, Inc.                                                    , Case No. _____
                    **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:   1305<br>Creditor # : 18<br>Golden Country Oriental Food LLC<br>2355 S. Blue Island Ave.<br>Chicago IL 60608 | | January 2013<br>Trade Debt | | X | | $ 9,721.25 |
| Account No:   9590<br>Creditor # : 19<br>Goya Foods Chicago<br>1401 Remington Blvd.<br>Bolingbrook IL 60490 | | 02/21/2013<br>Trade Debt | | X | | $ 1,838.26 |
| Account No:   4726<br>Creditor # : 20<br>Ice Mountain Direct<br>6661 Dixie Hwy.<br>Suite 4<br>Louisville KY 40258 | | March 2013<br>Trade Debt | | X | | $ 90.01 |
| Account No:   -355<br>Creditor # : 21<br>Illinois Lottery<br>101 W. Jefferson St., MC 3-960<br>Attn:  Carol Mitts<br>Springfield IL 62702 | | 2013<br>Money Owed to Illinois Lottery<br>Money owed to Illinois Lottery | | | | $ 4,000.00 |
| Account No:<br>Creditor # : 22<br>Jerry Ventrella<br>163 Founders Point South<br>Bloomingdale IL 60108 | | Various<br>Shareholder loans | | | | $ 1,618,785.78 |

Sheet No.   4   of   8  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 1,634,435.30

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re  AAME, Inc.                                                      ,                    Case No. _____
                        **Debtor(s)**                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:  6462 <br> Creditor # : 23 <br> La Preferida, Inc. <br> P.O. Box 32260 <br> Chicago IL 60632-0260 | | | 2013 <br> Trade Debt | | X | | $ 2,250.94 |
| Account No:  1260 <br> Creditor # : 24 <br> Lien Hoa Food Corporation <br> 1111 W. Pershing Rd. <br> Chicago IL 60609-1429 | | | 02/27/2013 <br> Trade Debt | | X | | $ 20,000.00 |
| Account No:  1000 <br> Creditor # : 25 <br> Lio Food Distributors, Inc. <br> 3725 S. Halsted St. <br> Chicago IL 60609 | | | Feb. 2013 <br> Trade Debt | | X | | $ 1,502.06 |
| Account No: <br> Creditor # : 26 <br> Monta Lea Magstadt <br> c/o Kate McCracken <br> 1001 East Main St. <br> Saint Charles IL 60174-2203 | | | | | | | $ 11,666.47 |
| Account No:  1304 <br> Creditor # : 27 <br> Mickey's Linen <br> P.O. Box 5789 <br> Villa Park IL 60181 | | | Feb. 2013 <br> Trade Debt | | X | | $ 257.30 |

Sheet No.   5  of   8  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 35,676.77

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _AAME, Inc._____,          Case No._____
                    **Debtor(s)**                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:  -000<br>Creditor # : 28<br>Nealey Foods Inc.<br>900 W. Fulton Market<br>Chicago IL 60607-1309 | | | Feb. 2013<br>Trade Debt | | X | | $ 1,455.90 |
| Account No:  00 9<br>Creditor # : 29<br>Nicor Gas<br>P.O. Box 190<br>Aurora IL 60507-0190 | | | April 2013<br>Utility Bills -Commercial Service | | X | | $ 1,657.77 |
| Account No:   NOFO<br>Creditor # : 30<br>Peoria Packing, Ltd.<br>1307-09 W. Lake Street<br>Chicago IL 60607 | | | Feb. 2013<br>Trade Debt | | X | | $ 1,336.45 |
| Account No:  0065<br>Creditor # : 31<br>Pepsico/Frito-Lay<br>P.O. Box 660059<br>Dallas TX 75266-0059 | | | 02/28/2013<br>Trade Debt | | X | | $ 3,900.65 |
| Account No:  9506<br>Creditor # : 32<br>Pepsi-Cola<br>P.O. Box 10<br>Winston Salem NC 27102 | | | Feb. 2013<br>Trade Debt | | X | | $ 309.48 |

Sheet No. _6_ of _8_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 8,660.25

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re AAME, Inc. _____, Case No. _____
Debtor(s) (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 3090<br>Creditor # : 33<br>Preferred Management<br>1070 Larkin Avenue<br>Elgin IL 60123 | | | 03/01/2013 | | | | $ 14,243.31 |
| Account No: no's<br>Creditor # : 34<br>R&L Signs, Inc.<br>7430 W. 90th St.<br>Bridgeview IL 60455 | | | Feb. 2013<br>Trade Debt | | X | | $ 74.00 |
| Account No: 1999<br>Creditor # : 35<br>Tortilleria Atontonilco, Inc.<br>1707 W. 47th St.<br>Chicago IL 60609 | | | March 2013<br>Trade Debt | | X | | $ 12.88 |
| Account No: 7685<br>Creditor # : 36<br>TRM Copy Centers, LLC<br>7325 Solutions Center<br>Chicago IL 60677-7003 | | | Apr 2013<br>Trade Debt | | X | | $ 76.42 |
| Account No: 5627<br>Creditor # : 37<br>Truong Enterprises<br>2550 S. Leavitt St.<br>Chicago IL 60608 | | | Feb. 2013<br>Trade Debt | | X | | $ 5,763.19 |

Sheet No. 7 of 8 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 20,169.80

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re  *AAME, Inc.*                                                          ,          Case No. _____
                    **Debtor(s)**                                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:  3496<br>Creditor # : 38<br>United Healthcare<br>Dept. CH 10151<br>Palatine IL 60055-0151 | | | April 2013<br>Employee Insurance | | X | | $ 7,123.96 |
| Account No:  0465<br>Creditor # : 39<br>Vitner's<br>4202 W. 45th Street<br>Chicago IL 60632 | | | Feb. 2013<br>Trade Debt | | X | | $ 157.82 |
| Account No:  6060<br>Creditor # : 40<br>West Side Electric Supply, Inc.<br>1530 N. LaFox<br>South Elgin IL 60177 | | | Feb. 2013<br>Trade Debt | | X | | $ 380.92 |
| Account No:  0045<br>Creditor # : 41<br>Wisconsin Cheese Group<br>105 Third Street<br>Monroe WI 53566 | | | March 2013<br>Trade Debt | | X | | $ 255.36 |
| Account No: | | | | | | | |

Sheet No.  _8_ of  _8_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 7,918.06

Total $     $ 1,787,648.69

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6G (Official Form 6G) (12/07)

In re _AAME, Inc._ _____ / Debtor   Case No. _____

(if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| Monta Lea Magstadt<br>c/o Kate McCracken<br>1001 E Main St., Suite G<br>Saint Charles IL  60174-2203 | Contract Type: _Commercial Property Lease_<br>Terms: _monthly_<br>Beginning date:<br>Debtor's Interest: _Lessee_<br>Description: _Non-Residential Real Property<br>465 Summit St., Elgin, IL_<br>Buyout Option: |
| Preferred  Management<br>1070 Larkin Avenue<br>Elgin IL  60123 | Contract Type: _Property Management Contract_<br>Terms: _Monthly_<br>Beginning date:<br>Debtor's Interest: _Lessee_<br>Description: _465 Summit St., Elgin, IL_<br>Buyout Option: |

B6H (Official Form 6H) (12/07)

In re _AAME, Inc._ _____ / Debtor    Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
|  |  |

B6 Summary (Official Form 6 - Summary) (12/07)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re  AAME, Inc., a  Corporation

     dba Dino's Finer Foods

Case No.

Chapter   7

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's  liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | Yes | 1 | $           0.00 | | |
| B-Personal Property | Yes | 3 | $       2,182.29 | | |
| C-Property Claimed as Exempt | No | 0 | | | |
| D-Creditors Holding Secured Claims | Yes | 1 | | $      26,807.60 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $           0.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | Yes | 9 | | $   1,787,648.69 | |
| G-Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H-Codebtors | Yes | 1 | | | |
| I-Current Income of Individual Debtor(s) | No | 0 | | | $           0.00 |
| J-Current Expenditures of Individual Debtor(s) | No | 0 | | | $           0.00 |
| TOTAL | | 17 | $       2,182.29 | $   1,814,456.29 | |

B6 Summary (Official Form 6 - Summary) (12/07)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *AAME, Inc., a  Corporation*

Case No. _____

Chapter  7

_____ / Debtor

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| TOTAL | $ |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

B 7 (Official Form 7) (4/13)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: *AAME, Inc., a Corporation*                                Case No. _____
*dba Dino's Finer Foods*                                                        (if known)
_____
Debtor

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101(2), (31).

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                                SOURCE

*Year to date -255,955.11*                    *Net Loss Y-T-D*
*Last Year:-197,758.00*                         *Fiscal 2012*
*Year before:-53,624.00*                        *Fiscal 2011*

---

**2. Income other than from employment or operation of business**

None ☒

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 - (Official Form 7) (4/13)

## 3. Payments to creditors

None ☐

Complete a. or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

*Creditor:    See attached Ex. B*
*Address:*

None ☒

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filingunder chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None ☐

c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

*Creditor:    See attached Ex B.*
*Address:*
*Relationship:*

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *Heartland Produce Company v. AAME, Inc., et al., 13-C-2966 (ILND)* | *Action is brought to enforce the trust provisions of P.L. 98-273, the 1984 amendment to Section 5 of the PACA, 7 U.S.C. § 499 e(c).* | *Illinois Northern District, Eastern Division, 219 S. Dearborn St., Chicago, IL* | *TRO is withdrawn and Status hearing set for 8/20/13 before Judge Virginia Kendall* |
| *Monta Lea Magstadt v. AAME, Inc. 13 LM 1014* | *Eviction* | *Kane County* | *Pending* |

B7 - (Official Form 7) (4/13)

None ☒  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 5. Repossessions, foreclosures and returns

None ☒  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 6. Assignments and receiverships

None ☒  a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 7. Gifts

None ☒  List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 8. Losses

None ☐  List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE,  GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| Description:  Fire loss Store Value: | Circumstances:  Fire in Kitchen Area; investigation continues Insurance: Nautilus Insurance | 3/6/2013 |

## 9. Payments related to debt counseling or bankruptcy

None ☐  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Payee: Michael K. Desmond Address: | Date of Payment: Payor: AAME, Inc. | $4,306.00 |

B7 - (Official Form 7) (4/13)

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

*10 South LaSalle St.*
*Suite 3600*
*Chicago, IL 60603*

---

**10. Other transfers**

None ☐
   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| *Transferee:Jerry Ventrella* *Address:163 Founders Pointe* *Relationship:Shareholder* | | *Property:Transfer of Business deposits. Value: On or after 3/12/2013 Business deposits of $16,150.00, 2,900.00, and 2,000.00 were deposited in account #XX1509 at Elgin State Bank in the name of Jerry Ventrella and Vince Ventrella. All funds were used to pay business expenses as set forth on attached Exhibit B.* |

---

None ☒
   b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

**11. Closed financial accounts**

None ☒
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**12. Safe deposit boxes**

None ☒
List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**13. Setoffs**

None ☒
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 - (Official Form 7) (4/13)

**14. Property held for another person**

None ☒  List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☒  If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☒  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

None ☒  For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor,
including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar termunder an Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

None ☒  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☒  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☐  a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses    in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

B7 - (Official Form 7) (4/13)

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses    in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencment of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| AAME, Inc. a Corporation, d/b/a Dino's Finer Foods | TaxPayer ID: 36-3123113 | 465 Summit St. Elgin IL, 60120 -3828 | Retail Grocery Store | |

None  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.
☒

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.    A debtor who has not been in business within those six years should go directly to the signature page.)

## 19. Books, records and financial statements

None  a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of
☐  books of account and records of the debtor.

NAME AND ADDRESS                                                              DATES SERVICES RENDERED

Name: Ray Busch
Address:  Raymond J. Busch, Ltd.                                             Dates:
          17728 S. Oak Park Ave., Suite B
          Tinley Park, IL 60477
          708-429-1700

None  b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records,
☒  or prepared a financial statement of the debtor.

None  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If
☒  any of the books of account and records are not available, explain.

B7 - (Official Form 7) (4/13)

None ☒    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

## 20. Inventories

None ☒    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☒    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

## 21. Current Partners, Officers, Directors and Shareholders

None ☒    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| *Name: Jerry Ventrella*<br>*Address:* | *Shareholder* | *100% Common Stock* |

## 22. Former partners, officers, directors and shareholders

None ☒    a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

None ☒    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

## 23. Withdrawals from a partnership or distribution by a corporation

None ☒    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

B7 - (Official Form 7) (4/13)

**24. Tax Consolidation Group.**

None

☒ If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

**25. Pension Funds.**

None

☒ If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date  _06/25/2013_____        Signature  _/s/ Jerry Ventrella_____

_Jerry Ventrella_____        Owner_____

Print Name and Title

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

_____continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both, 18 U.S.C. §§ 152 and 3571.*

Statement of Affairs - Page 8

B7 - (Official Form 7) (4/13)

## DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 34(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

*Owner*

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social-Security No.(Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal,, responsible person, or partner who signs this document.*

_____

_____
Address

X_____          _____
   Signature of Bankruptcy Petition Preparer          Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.*

# EXHIBIT B

**IN RE:  AAME, INC. d/b/a DINO'S FINER FOODS**

**ATTACHMENT TO STATEMENT OF FINANCIAL AFFAIRS**

ITEM 3 – PAYMENTS TO CREDITORS

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/01/12 - 03/31/13 | | | AAME, INC | | | DK302 |
| | | | Transaction Listing | | | Page 1 |
| | | | | | | 06/05/13 01:03 PM |

| Date | Reference | T | Account | Description | Amount | Reference Total |
|---|---|---|---|---|---|---|
| 12/06/12 | 17342 | | Payroll | VENTRELLA, VINCE J | 230.93 | 230.93 |
| 12/06/12 | 17343 | | Payroll | PIETRZAK, EDWARD J | 107.17 | 107.17 |
| 12/06/12 | 17344 | | Payroll | MAZE, JAMES S | 361.28 | 361.28 |
| 12/06/12 | 17345 | | Payroll | FLORES, JUANA | 259.93 | 259.93 |
| 12/06/12 | 17346 | | Payroll | LARA, MARTIN | 513.63 | 513.63 |
| 12/06/12 | 17347 | | Payroll | FLORES, JOSE JESUS | 451.40 | 451.40 |
| 12/06/12 | 17348 | | Payroll | FLORES, EMIGDIO | 295.99 | 295.99 |
| 12/06/12 | 17349 | V | 205 | EFTPS | 867.40 | 867.40 |
| 12/06/12 | 17350 | V | 206 | IL DEPT REVENUE | 146.90 | 146.90 |
| 12/13/12 | 17351 | | Payroll | VENTRELLA, VINCE J | 230.93 | 230.93 |
| 12/13/12 | 17352 | | Payroll | PIETRZAK, EDWARD J | 107.18 | 107.18 |
| 12/13/12 | 17353 | | Payroll | MAZE, JAMES S | 436.30 | 436.30 |
| 12/13/12 | 17354 | | Payroll | LARA, MARTIN | 522.82 | 522.82 |
| 12/13/12 | 17355 | | Payroll | FLORES, JOSE JESUS | 284.55 | 284.55 |
| 12/13/12 | 17356 | | Payroll | FLORES, EMIGDIO | 295.98 | 295.98 |
| 12/13/12 | 17357 | | Payroll | NAVA, MARIANA | 46.21 | 46.21 |
| 12/13/12 | 17358 | V | 205 | EFTPS | 764.50 | 764.50 |
| 12/13/12 | 17359 | V | 206 | IL DEPT REVENUE | 125.38 | 125.38 |
| 12/20/12 | 17360 | | Payroll | VENTRELLA, VINCE J | 230.93 | 230.93 |
| 12/20/12 | 17361 | | Payroll | PIETRZAK, EDWARD J | 107.17 | 107.17 |
| 12/20/12 | 17362 | | Payroll | MAZE, JAMES S | 436.31 | 436.31 |
| 12/20/12 | 17363 | | Payroll | LARA, MARTIN | 504.44 | 504.44 |
| 12/20/12 | 17364 | | Payroll | FLORES, JOSE JESUS | 433.00 | 433.00 |
| 12/20/12 | 17365 | | Payroll | NAVA, MARIANA | 46.20 | 46.20 |
| 12/20/12 | 17366 | V | 205 | EFTPS | 765.57 | 765.57 |
| 12/20/12 | 17367 | V | 206 | IL DEPT REVENUE | 121.48 | 121.48 |
| 12/27/12 | 17368 | | Payroll | VENTRELLA, VINCE J | 230.93 | 230.93 |
| 12/27/12 | 17369 | | Payroll | PIETRZAK, EDWARD J | 107.18 | 107.18 |
| 12/27/12 | 17370 | | Payroll | MAZE, JAMES S | 361.27 | 361.27 |
| 12/27/12 | 17371 | | Payroll | LARA, MARTIN | 486.03 | 486.03 |
| 12/27/12 | 17372 | | Payroll | FLORES, JOSE JESUS | 451.39 | 451.39 |
| 12/27/12 | 17373 | | Payroll | NAVA, MARIANA | 46.20 | 46.20 |
| 12/27/12 | 17374 | | Payroll | TARIN, JOEL | 242.19 | 242.19 |
| 12/27/12 | 17375 | V | 205 | EFTPS | 794.16 | 794.16 |
| 12/27/12 | 17376 | V | 206 | IL DEPT REVENUE | 128.95 | 128.95 |
| 01/03/13 | 17377 | | Payroll | VENTRELLA, VINCE J | 219.73 | 219.73 |
| 01/03/13 | 17378 | | Payroll | PIETRZAK, EDWARD J | 101.89 | 101.89 |
| 01/03/13 | 17379 | | Payroll | MAZE, JAMES S | 350.27 | 350.27 |
| 01/03/13 | 17380 | | Payroll | LARA, MARTIN | 501.08 | 501.08 |
| 01/03/13 | 17381 | | Payroll | FLORES, JOSE JESUS | 341.87 | 341.87 |
| 01/03/13 | 17382 | | Payroll | NAVA, MARIANA | 41.61 | 41.61 |
| 01/03/13 | 17383 | V | 205 | EFTPS | 758.66 | 758.66 |
| 01/03/13 | 17384 | V | 206 | IL DEPT REVENUE | 111.33 | 111.33 |
| 01/10/13 | 17385 | | Payroll | VENTRELLA, VINCE J | 219.73 | 219.73 |
| 01/10/13 | 17386 | | Payroll | PIETRZAK, EDWARD J | 101.90 | 101.90 |
| 01/10/13 | 17387 | | Payroll | MAZE, JAMES S | 350.28 | 350.28 |
| 01/10/13 | 17388 | | Payroll | LARA, MARTIN | 465.28 | 465.28 |
| 01/10/13 | 17389 | | Payroll | FLORES, JOSE JESUS | 350.81 | 350.81 |
| 01/10/13 | 17390 | | Payroll | NAVA, MARIANA | 45.21 | 45.21 |
| 01/10/13 | 17391 | | Payroll | VAZQUEZ, NORMA | 452.11 | 452.11 |
| 01/10/13 | 17392 | V | 205 | EFTPS | 854.55 | 854.55 |
| 01/10/13 | 17393 | V | 206 | IL DEPT REVENUE | 132.76 | 132.76 |
| 01/17/13 | 17394 | | Payroll | VENTRELLA, VINCE J | 219.73 | 219.73 |
| 01/17/13 | 17395 | | Payroll | PIETRZAK, EDWARD J | 101.89 | 101.89 |
| 01/17/13 | 17396 | | Payroll | MAZE, JAMES S | 350.27 | 350.27 |
| 01/17/13 | 17397 | | Payroll | LARA, MARTIN | 483.17 | 483.17 |
| 01/17/13 | 17398 | | Payroll | FLORES, JOSE JESUS | 368.72 | 368.72 |

12/01/12 - 03/31/13

**AAME, INC**
**Transaction Listing**

DK302
Page 2
06/05/13 01:03 PM

| Date | Reference | T | Account | Description | Amount | Reference Total |
|------|-----------|---|---------|-------------|--------|-----------------|
| 01/17/13 | 17399 | | Payroll | NAVA, MARIANA | 45.21 | 45.21 |
| 01/17/13 | 17400 | | Payroll | VAZQUEZ, NORMA | 191.31 | 191.31 |
| 01/17/13 | 17401 | V | 205 | EFTPS | 795.87 | 795.87 |
| 01/17/13 | 17402 | V | 206 | IL DEPT REVENUE | 118.93 | 118.93 |
| 01/24/13 | 17403 | | Payroll | VENTRELLA, VINCE J | 219.73 | 219.73 |
| 01/24/13 | 17404 | | Payroll | PIETRZAK, EDWARD J | 101.90 | 101.90 |
| 01/24/13 | 17405 | | Payroll | MAZE, JAMES S | 350.28 | 350.28 |
| 01/24/13 | 17406 | | Payroll | LARA, MARTIN | 501.09 | 501.09 |
| 01/24/13 | 17407 | | Payroll | FLORES, JOSE JESUS | 359.76 | 359.76 |
| 01/24/13 | 17408 | | Payroll | NAVA, MARIANA | 45.22 | 45.22 |
| 01/24/13 | 17409 | | Payroll | VAZQUEZ, NORMA | 155.28 | 155.28 |
| 01/24/13 | 17410 | V | 205 | EFTPS | 793.28 | 793.28 |
| 01/24/13 | 17411 | V | 206 | IL DEPT REVENUE | 117.49 | 117.49 |
| 01/31/13 | 17412 | | Payroll | VENTRELLA, VINCE J | 219.73 | 219.73 |
| 01/31/13 | 17413 | | Payroll | PIETRZAK, EDWARD J | 101.89 | 101.89 |
| 01/31/13 | 17414 | | Payroll | MAZE, JAMES S | 350.27 | 350.27 |
| 01/31/13 | 17415 | | Payroll | FLORES, JUANA | 253.32 | 253.32 |
| 01/31/13 | 17416 | | Payroll | LARA, MARTIN | 483.18 | 483.18 |
| 01/31/13 | 17417 | | Payroll | FLORES, JOSE JESUS | 368.72 | 368.72 |
| 01/31/13 | 17418 | | Payroll | NAVA, MARIANA | 45.21 | 45.21 |
| 01/31/13 | 17419 | V | 205 | EFTPS | 848.47 | 848.47 |
| 01/31/13 | 17420 | V | 206 | IL DEPT REVENUE | 128.65 | 128.65 |
| 02/07/13 | 17421 | | Payroll | VENTRELLA, VINCE J | 220.09 | 220.09 |
| 02/07/13 | 17422 | | Payroll | PIETRZAK, EDWARD J | 102.47 | 102.47 |
| 02/07/13 | 17423 | | Payroll | MAZE, JAMES S | 350.91 | 350.91 |
| 02/07/13 | 17424 | | Payroll | FLORES, JUANA | 262.64 | 262.64 |
| 02/07/13 | 17425 | | Payroll | LARA, MARTIN | 281.98 | 281.98 |
| 02/07/13 | 17426 | | Payroll | GALVAN, MARIA A | 253.68 | 253.68 |
| 02/07/13 | 17427 | | Payroll | FLORES, JOSE JESUS | 459.28 | 459.28 |
| 02/07/13 | 17428 | | Payroll | NAVA, MARIANA | 41.66 | 41.66 |
| 02/07/13 | 17429 | V | 205 | EFTPS | 893.16 | 893.16 |
| 02/07/13 | 17430 | V | 206 | IL DEPT REVENUE | 137.85 | 137.85 |
| 02/14/13 | 17431 | | Payroll | VENTRELLA, VINCE J | 220.09 | 220.09 |
| 02/14/13 | 17432 | | Payroll | PIETRZAK, EDWARD J | 102.48 | 102.48 |
| 02/14/13 | 17433 | | Payroll | MAZE, JAMES S | 350.90 | 350.90 |
| 02/14/13 | 17434 | | Payroll | FLORES, JUANA | 262.64 | 262.64 |
| 02/14/13 | 17435 | | Payroll | LARA, MARTIN | 281.99 | 281.99 |
| 02/14/13 | 17436 | | Payroll | FLORES, JOSE JESUS | 459.28 | 459.28 |
| 02/14/13 | 17437 | | Payroll | NAVA, MARIANA | 41.66 | 41.66 |
| 02/14/13 | 17438 | V | 205 | EFTPS | 808.08 | 808.08 |
| 02/14/13 | 17439 | V | 206 | IL DEPT REVENUE | 121.35 | 121.35 |
| 02/21/13 | 17440 | | Payroll | VENTRELLA, VINCE J | 220.09 | 220.09 |
| 02/21/13 | 17441 | | Payroll | PIETRZAK, EDWARD J | 102.47 | 102.47 |
| 02/21/13 | 17442 | | Payroll | MAZE, JAMES S | 350.91 | 350.91 |
| 02/21/13 | 17443 | | Payroll | LARA, MARTIN | 502.31 | 502.31 |
| 02/21/13 | 17444 | | Payroll | FLORES, JOSE JESUS | 369.76 | 369.76 |
| 02/21/13 | 17445 | V | 205 | EFTPS | 759.37 | 759.37 |
| 02/21/13 | 17446 | V | 206 | IL DEPT REVENUE | 112.64 | 112.64 |
| 02/28/13 | 17447 | | Payroll | VENTRELLA, VINCE J | 220.09 | 220.09 |
| 02/28/13 | 17448 | | Payroll | PIETRZAK, EDWARD J | 102.48 | 102.48 |
| 02/28/13 | 17449 | | Payroll | MAZE, JAMES S | 350.90 | 350.90 |
| 02/28/13 | 17450 | | Payroll | LARA, MARTIN | 511.27 | 511.27 |
| 02/28/13 | 17451 | | Payroll | FLORES, JOSE JESUS | 369.76 | 369.76 |
| 02/28/13 | 17452 | | Payroll | NAVA, MARIANA | 45.25 | 45.25 |
| 02/28/13 | 17453 | | Payroll | TARIN, JOEL | 266.95 | 266.95 |
| 02/28/13 | 17454 | V | 205 | EFTPS | 844.51 | 844.51 |
| 02/28/13 | 17455 | V | 206 | IL DEPT REVENUE | 128.20 | 128.20 |

12/01/12 - 03/31/13

**AAME, INC**
**Transaction Listing**

| Date | Reference | T | Account | Description | Amount | Reference Total |
|---|---|---|---|---|---|---|
| 03/07/13 | 17456 |  | Payroll | VENTRELLA, VINCE J | 220.09 | 220.09 |
| 03/07/13 | 17457 |  | Payroll | PIETRZAK, EDWARD J | 102.47 | 102.47 |
| 03/07/13 | 17458 |  | Payroll | MAZE, JAMES S | 350.91 | 350.91 |
| 03/07/13 | 17459 |  | Payroll | LARA, MARTIN | 484.41 | 484.41 |
| 03/07/13 | 17460 |  | Payroll | FLORES, JOSE JESUS | 414.52 | 414.52 |
| 03/07/13 | 17461 |  | Payroll | NAVA, MARIANA | 45.25 | 45.25 |
| 03/07/13 | 17462 | V | 205 | EFTPS | 778.21 | 778.21 |
| 03/07/13 | 17463 | V | 206 | IL DEPT REVENUE | 114.95 | 114.95 |
| 12/01/12 | 80528 | V | 401.01 | FRITO LAY | 3,499.33 | 3,499.33 |
| 12/01/12 | 80529 | V | 401.01 | GLOBAL ALLIANCE | 104.97 | 104.97 |
| 12/02/12 | 80530 | V | 401.05 | HEARTLAND | 2,974.75 | 2,974.75 |
| 12/03/12 | 80531 | V | 401.05 | HEARTLAND | 4,822.50 | 4,822.50 |
| 12/04/12 | 80532 | V | 401.01 | LIEN HOA | 7,086.70 | 7,086.70 |
| 12/04/12 | 80533 | V | 401.01 | BAR-S FOODS | 855.22 | 855.22 |
| 12/04/12 | 80534 | V | 401.01 | WISC CHEESE | 237.18 | 237.18 |
| 12/04/12 | 80535 | V | 401.07 | EUCLID BEVERAGE | 1,252.20 | 1,252.20 |
| 12/04/12 | 80536 | V | 401.01 | EXPAND | 286.00 | 286.00 |
| 12/04/12 | 80537 | V | 401.07 | ELGIN BEVERAGE | 3,509.80 | 3,509.80 |
| 12/04/12 | 80538 | V | 401.01 | MESTIZO | 218.80 | 218.80 |
| 12/04/12 | 80539 | V | 502 | AMERIGUARD | 90.00 | 90.00 |
| 12/04/12 | 80540 | V | 401.07 | LAHACIENDA LIQUORS | 406.50 | 406.50 |
| 12/04/12 | 80541 | V | 401.01 | DEARBORN | 977.14 | 977.14 |
| 12/05/12 | 80542 | V | 401.01 | MARCAS FOOD DIST. | 689.05 | 689.05 |
| 12/05/12 | 80543 | V | 401.07 | CITY BEVERAGE | 2,807.10 | 2,807.10 |
| 12/05/12 | 80544 | V | 401.01 | A. ORTEGA | 3,096.12 | 3,096.12 |
| 12/05/12 | 80545 | V | 401.01 | FERDEL | 454.44 | 454.44 |
| 12/05/12 | 80546 | V | 401.01 | M.T.Y. DIST. | 618.35 | 618.35 |
| 12/06/12 | 80547 | V | 407 | MICKEY LINENS | 225.82 | 225.82 |
| 12/06/12 | 80548 | V | 401.01 | POWER DIST. | 365.50 | 365.50 |
| 12/06/12 | 80549 | V | 401.01 | GOLDEN COUNTRY | 2,285.70 | 2,285.70 |
| 12/07/12 | 80550 | V | 401.01 | POLISH FOLKLORE | 250.44 | 250.44 |
| 12/07/12 | 80551 |  | 401.01 | JUAN COLIN | 448.84 | 448.84 |
| 12/07/12 | 80552 | V | 401.01 | EL POPOCATEPETL | 202.20 | 202.20 |
| 12/07/12 | 80553 | V | 401.01 | VITNER | 137.32 | 137.32 |
| 12/07/12 | 80554 | V | 547 | AT & T | 48.77 | 48.77 |
| 12/07/12 | 80555 | V | 401.07 | STOLLER WHOLESALE | 883.75 | 883.75 |
| 12/08/12 | 80556 | V | 401.07 | WIRTZ BEVERAGE | 1,343.50 | 1,343.50 |
| 12/08/12 | 80557 | V | 401.03 | PEORIA | 1,090.01 | 1,090.01 |
| 12/08/12 | 80558 | V | 401.03 | LIO FOOD | 2,489.77 | 2,489.77 |
| 12/08/12 | 80559 | V | 401.04 | CHICAGO SEAFOOD | 763.18 | 763.18 |
| 12/08/12 | 80560 | V | 401.03 | NEALEY FOODS | 3,483.64 | 3,483.64 |
| 12/08/12 | 80561 | V | 401.05 | HEARTLAND | 2,788.25 | 2,788.25 |
| 12/08/12 | 80562 | V | 401.01 | ICE MOUNTAIN | 85.50 | 85.50 |
| 12/08/12 | 80563 | V | 401.01 | PEPSI | 1,638.96 | 1,638.96 |
| 12/08/12 | 80564 | V | 401.01 | GOLDEN COUNTRY | 3,731.40 | 3,731.40 |
| 12/09/12 | 80565 | V | 401.01 | LA GUADALUPANA | 1,148.55 | 1,148.55 |
| 12/10/12 | 80566 | V | 401.05 | TRUONG | 1,995.53 | 1,995.53 |
| 12/10/12 | 80567 | V | 401.01 | EL POPOCATEPETL | 176.80 | 176.80 |
| 12/10/12 | 80568 | V | 401.01 | LA HISPAMEX | 587.06 | 587.06 |
| 12/10/12 | 80569 | V | 401.01 | EL RANCHO | 419.20 | 419.20 |
| 12/10/12 | 80570 | V | 401.01 | CASTILLO BROS. | 651.76 | 651.76 |
| 12/10/12 | 80571 | V | 401.01 | RUG DOCTOR | 236.75 | 236.75 |
| 12/10/12 | 80572 | V | 550 | CITY OF ELGIN | 362.15 | 362.15 |
| 12/10/12 | 80573 | V | 401.01 | SAN PEDRO | 275.70 | 275.70 |
| 12/11/12 | 80574 | V | 100 | VINCE VENTRELLA-CHANGE | 3,350.00 | 3,350.00 |
| 12/11/12 | 80575 | V | 401.01 | LADONA | 234.15 | 234.15 |
| 12/11/12 | 80576 | V | 401.01 | MI COSTENITA | 362.20 | 362.20 |

**AAME, INC**
**Transaction Listing**

| Date | Reference | T | Account | Description | Amount | Reference Total |
|------|-----------|---|---------|-------------|--------|------------------|
| 12/11/12 | 80577 | V | 401.01 | BAR-S FOODS | 1,406.64 | 1,406.64 |
| 12/11/12 | 80578 | V | 401.07 | ELGIN BEVERAGE | 2,847.35 | 2,847.35 |
| 12/11/12 | 80579 | V | 401.01 | COVEMEX | 693.51 | 693.51 |
| 12/12/12 | 80580 | V | 401.07 | CITY BEVERAGE | 2,411.95 | 2,411.95 |
| 12/12/12 | 80581 | V | 401.01 | M.T.Y. DIST. | 899.50 | 899.50 |
| 12/12/12 | 80582 | V | 401.01 | COCA COLA | 3,994.33 | 3,994.33 |
| 12/12/12 | 80583 | V | 401.01 | DEARBORN | 2,624.19 | 2,624.19 |
| 12/13/12 | 80584 | V | 401.01 | EXPAND | 286.00 | 286.00 |
| 12/13/12 | 80585 | V | 401.01 | LA BAQUETTE | 377.85 | 377.85 |
| 12/13/12 | 80586 | V | 401.01 | GLOBAL ALLIANCE | 141.46 | 141.46 |
| 12/13/12 | 80587 | V | 401.01 | DR PEPPER/SNAPPLE | 1,202.38 | 1,202.38 |
| 12/13/12 | 80588 | V | 401.01 | AUNT MILLIES | 43.54 | 43.54 |
| 12/14/12 | 80589 | V | 401.01 | BIMBO BAKERIES | 2,274.14 | 2,274.14 |
| 12/14/12 | 80590 | V | 401.01 | GOYA FOODS | 2,040.85 | 2,040.85 |
| 12/14/12 | 80591 | V | 401.01 | A. ORTEGA | 1,617.00 | 1,617.00 |
| 12/14/12 | 80592 | V | 542 | ELGIN-LIQUOR TAX | 1,109.00 | 1,109.00 |
| 12/15/12 | 80593 | V | 401.03 | PEORIA | 921.10 | 921.10 |
| 12/15/12 | 80594 | V | 401.03 | NEALEY FOODS | 1,010.35 | 1,010.35 |
| 12/15/12 | 80595 | V | 401.03 | LIO FOOD | 1,321.00 | 1,321.00 |
| 12/15/12 | 80596 | V | 401.04 | CHICAGO SEAFOOD | 635.25 | 635.25 |
| 12/17/12 | 80597 | V | 401.05 | TRUONG | 7,647.00 | 7,647.00 |
| 12/17/12 | 80598 | V | 401.03 | RANDOLPH | 227.55 | 227.55 |
| 12/17/12 | 80599 | V | 401.07 | SCHAMBERGER BROS. | 1,405.25 | 1,405.25 |
| 12/17/12 | 80600 | V | 401.01 | LIEN HOA | 4,315.70 | 4,315.70 |
| 12/18/12 | 80601 | V | 100 | VINCE VENTRELLA-CHANGE | 2,350.00 | 2,350.00 |
| 12/18/12 | 80602 | V | 401.01 | BIMBO BAKERIES | 1,300.49 | 1,300.49 |
| 12/18/12 | 80603 | V | 407 | LABEL FORCE | 162.00 | 162.00 |
| 12/18/12 | 80604 | V | 401.01 | TRM | 118.40 | 118.40 |
| 12/18/12 | 80605 | V | 401.01 | MESTIZO | 120.45 | 120.45 |
| 12/18/12 | 80606 | V | 401.06 | V & V SUPREMO FOODS | 1,135.69 | 1,135.69 |
| 12/18/12 | 80607 | V | 401.07 | LAHACIENDA LIQUORS | 175.00 | 175.00 |
| 12/18/12 | 80608 | V | 401.07 | EUCLID BEVERAGE | 1,861.35 | 1,861.35 |
| 12/18/12 | 80609 | V | 401.01 | LABODEGA | 389.85 | 389.85 |
| 12/18/12 | 80610 | V | 401.07 | ELGIN BEVERAGE | 8,058.30 | 8,058.30 |
| 12/19/12 | 80611 | V | 401.01 | LA BAQUETTE | 520.80 | 520.80 |
| 12/19/12 | 80612 | V | 401.05 | HEARTLAND | 3,518.75 | 3,518.75 |
| 12/19/12 | 80613 | V | 401.05 | HEARTLAND | 3,500.00 | 3,500.00 |
| 12/19/12 | 80614 | V | 401.05 | HEARTLAND | 2,969.00 | 2,969.00 |
| 12/19/12 | 80615 | V | 401.05 | HEARTLAND | 2,554.25 | 2,554.25 |
| 12/19/12 | 80616 | V | 401.01 | VITAL HIERBAS | 243.80 | 243.80 |
| 12/19/12 | 80617 | V | 401.07 | SOUTHERN WINE/SPIRITS | 645.50 | 645.50 |
| 12/19/12 | 80618 | V | 401.07 | STOLLER WHOLESALE | 502.60 | 502.60 |
| 12/19/12 | 80619 | V | 401.01 | A. ORTEGA | 2,095.00 | 2,095.00 |
| 12/19/12 | 80620 | V | 401.07 | CITY BEVERAGE | 4,795.28 | 4,795.28 |
| 12/19/12 | 80621 | V | 401.01 | ATOTONILCO | 62.76 | 62.76 |
| 12/19/12 | 80622 | V | 547 | VERIZON | 71.88 | 71.88 |
| 12/19/12 | 80623 | V | 548 | CONSTELLATIONS | 5,366.11 | 5,366.11 |
| 12/20/12 | 80624 | V | 401.01 | AUNT MILLIES | 136.32 | 136.32 |
| 12/21/12 | 80625 | V | 401.01 | LA HISPAMEX | 461.09 | 461.09 |
| 12/21/12 | 80626 | V | 401.01 | EL POPOCATEPETL | 198.80 | 198.80 |
| 12/22/12 | 80627 | V | 401.03 | NEALEY FOODS | 2,347.08 | 2,347.08 |
| 12/22/12 | 80628 | V | 401.03 | LIO FOOD | 2,465.09 | 2,465.09 |
| 12/22/12 | 80629 | V | 401.04 | CHICAGO SEAFOOD | 952.15 | 952.15 |
| 12/22/12 | 80630 | V | 401.03 | JASPER MEATS | 999.22 | 999.22 |
| 12/22/12 | 80631 | V | 401.03 | PEORIA | 869.08 | 869.08 |
| 12/22/12 | 80632 | V | 401.01 | KSS ENTERPRISES | 327.02 | 327.02 |
| 12/24/12 | 80633 | V | 401.01 | GLOBAL ALLIANCE | 86.01 | 86.01 |

| 12/01/12 - 03/31/13 | AAME, INC | DK302 |
| | Transaction Listing | Page 5 |
| | | 06/05/13 01:03 PM |

| Date | Reference | T | Account | Description | Amount | Reference Total |
|------|-----------|---|---------|-------------|--------|-----------------|
| 12/24/12 | 80634 | V | 401.05 | TRUONG | 3,858.97 | 3,858.97 |
| 12/24/12 | 80635 | V | 401.01 | A. ORTEGA | 2,262.50 | 2,262.50 |
| 12/24/12 | 80636 | V | 401.07 | SCHAMBERGER BROS. | 426.00 | 426.00 |
| 12/25/12 | 80637 | V | 401.01 | BAR-S FOODS | 445.48 | 445.48 |
| 12/25/12 | 80638 | V | 524 | UNITED HEALTHCARE | 3,781.47 | 3,781.47 |
| 12/26/12 | 80639 | V | 244 | JERRY VENTRELLA | 50.00 | 50.00 |
| 12/26/12 | 80640 | V | 100 | VINCE VENTRELLA-CHANGE | 1,590.00 | 1,590.00 |
| 12/26/12 | 80641 | V | 401.07 | CITY BEVERAGE | 2,606.15 | 2,606.15 |
| 12/26/12 | 80642 | V | 401.05 | HEARTLAND | 2,976.25 | 2,976.25 |
| 12/26/12 | 80643 | V | 401.01 | AMER EXP | 1,966.21 | 1,966.21 |
| 12/26/12 | 80644 | V | 401.07 | ELGIN BEVERAGE | 5,100.60 | 5,100.60 |
| 12/26/12 | 80645 | V | 401.01 | MI COSTENITA | 414.22 | 414.22 |
| 12/26/12 | 80646 | V | 401.07 | SCHAMBERGER BROS. | 359.25 | 359.25 |
| 12/26/12 | 80647 | V | 401.06 | NUESTRO QUESO | 378.40 | 378.40 |
| 12/27/12 | 80648 | V | 401.01 | POWER DIST. | 355.12 | 355.12 |
| 12/28/12 | 80649 | V | 401.01 | LADONA | 307.18 | 307.18 |
| 12/28/12 | 80650 | V | 401.01 | M.T.Y. DIST. | 1,496.64 | 1,496.64 |
| 12/28/12 | 80651 | V | 401.07 | SOUTHERN WINE/SPIRITS | 630.50 | 630.50 |
| 12/28/12 | 80652 | V | 401.04 | CHICAGO SEAFOOD | 717.58 | 717.58 |
| 12/28/12 | 80653 | V | 401.03 | PEORIA | 865.64 | 865.64 |
| 12/28/12 | 80654 | V | 401.03 | LIO FOOD | 1,663.44 | 1,663.44 |
| 12/28/12 | 80655 | V | 401.03 | JASPER MEATS | 918.94 | 918.94 |
| 12/28/12 | 80656 | V | 100 | VINCE VENTRELLA-CHANGE | 10,000.00 | 10,000.00 |
| 12/29/12 | 80657 | V | 401.01 | GOYA FOODS | 2,416.60 | 2,416.60 |
| 12/29/12 | 80658 | V | 401.01 | WISC CHEESE | 231.54 | 231.54 |
| 12/29/12 | 80659 | V | 401.01 | AUNT MILLIES | 208.31 | 208.31 |
| 12/29/12 | 80660 | V | 547 | COMCAST | 286.41 | 286.41 |
| 12/29/12 | 80661 | V | 401.01 | JUAN COLIN | 274.80 | 274.80 |
| 12/30/12 | 80662 | V | 401.01 | LARA PHRACHANSIRI | 617.00 | 617.00 |
| 12/30/12 | 80663 | V | 401.01 | BIMBO BAKERIES | 911.37 | 911.37 |
| 12/31/12 | 80664 | V | 401.07 | WIRTZ BEVERAGE | 3,614.00 | 3,614.00 |
| 12/31/12 | 80665 | V | 401.01 | A. ORTEGA | 2,103.75 | 2,103.75 |
| 12/31/12 | 80666 | V | 401.01 | GLOBAL ALLIANCE | 122.97 | 122.97 |
| 12/31/12 | 80667 | V | 401.07 | LAHACIENDA LIQUORS | 308.00 | 308.00 |
| 12/31/12 | 80668 | V | 401.01 | R & F IMPORTS | 238.80 | 238.80 |
| 12/31/12 | 80669 | V | 536 | FEDEX | 55.33 | 55.33 |
| 12/31/12 | 80670 | V | 548 | NICOR | 1,505.33 | 1,505.33 |
| 12/31/12 | 80671 | V | 401.05 | TRUONG | 1,586.93 | 1,586.93 |
| 12/31/12 | 80672 | V | 401.07 | CITY BEVERAGE | 1,576.85 | 1,576.85 |
| 12/31/12 | 80673 | V | 537 | KRAMER/KEYSTONE | 11,616.65 | 11,616.65 |
| 12/31/12 | 80674 | V | 401.07 | ELGIN BEVERAGE | 1,514.10 | 1,514.10 |
| 12/31/12 | 80675 | V | 539 | ALLIED WASTE | 350.00 | 350.00 |
| 12/31/12 | 80676 | V | 401.01 | FRITO LAY | 3,248.00 | 3,248.00 |
| 12/31/12 | 80677 | V | 401.07 | STOLLER WHOLESALE | 119.70 | 119.70 |
| 01/01/13 | 80678 | V | 401.05 | HEARTLAND | 4,448.25 | 4,448.25 |
| 01/01/13 | 80679 | V | 401.05 | HEARTLAND | 4,627.75 | 4,627.75 |
| 01/02/13 | 80680 | V | 401.01 | GOLDEN COUNTRY | 4,150.65 | 4,150.65 |
| 01/02/13 | 80681 | V | 401.01 | LIEN HOA | 6,475.05 | 6,475.05 |
| 01/03/13 | 80682 | V | 401.01 | WEI CHUAN | 1,062.00 | 1,062.00 |
| 01/04/13 | 80683 | V | 401.01 | POWER DIST. | 401.00 | 401.00 |
| 01/04/13 | 80684 | V | 401.01 | AUNT MILLIES | 105.92 | 105.92 |
| 01/05/13 | 80685 | V | 401.03 | JASPER MEATS | 719.69 | 719.69 |
| 01/05/13 | 80686 | V | 401.03 | LIO FOOD | 1,027.91 | 1,027.91 |
| 01/05/13 | 80687 | V | 401.03 | NEALEY FOODS | 1,243.99 | 1,243.99 |
| 01/05/13 | 80688 | V | 401.03 | PEORIA | 1,160.59 | 1,160.59 |
| 01/05/13 | 80689 | V | 401.04 | CHICAGO SEAFOOD | 985.00 | 985.00 |
| 01/05/13 | 80690 | V | 407 | MICKEY LINENS | 186.78 | 186.78 |

| Date | Reference | T | Account | Description | Amount | Reference Total |
|------|-----------|---|---------|-------------|--------|-----------------|
| 01/05/13 | 80691 |   | 244    | NIVES RIZZA-REPAY LOAN | 50,000.00 | 50,000.00 |
| 01/05/13 | 80692 | V | 401.01 | GLOBAL ALLIANCE | 135.02 | 135.02 |
| 01/05/13 | 80693 | V | 401.01 | LADONA | 224.81 | 224.81 |
| 01/05/13 | 80694 | V | 401.05 | TRUONG | 2,800.65 | 2,800.65 |
| 01/05/13 | 80695 | V | 401.01 | LA HISPAMEX | 479.19 | 479.19 |
| 01/07/13 | 80696 | V | 401.07 | SCHAMBERGER BROS. | 903.50 | 903.50 |
| 01/07/13 | 80697 | V | 401.06 | V & V SUPREMO FOODS | 510.20 | 510.20 |
| 01/07/13 | 80698 | V | 401.01 | ILTACO FOODS | 147.00 | 147.00 |
| 01/07/13 | 80699 | V | 401.01 | BUNZL | 89.02 | 89.02 |
| 01/07/13 | 80700 | V | 547    | AT & T | 51.11 | 51.11 |
| 01/07/13 | 80701 | V | 401.01 | A. ORTEGA | 2,035.00 | 2,035.00 |
| 01/07/13 | 80702 | V | 100    | VINCE VENTRELLA-CHANGE | 600.00 | 600.00 |
| 01/08/13 | 80703 | V | 401.01 | BIMBO BAKERIES | 520.66 | 520.66 |
| 01/08/13 | 80704 | V | 401.07 | EUCLID BEVERAGE | 1,347.10 | 1,347.10 |
| 01/08/13 | 80705 | V | 401.07 | ELGIN BEVERAGE | 1,772.80 | 1,772.80 |
| 01/08/13 | 80706 | V | 537    | KRAMER/PREF MGMT | 11,616.65 | 11,616.65 |
| 01/08/13 | 80707 | V | 401.01 | EL VALLE | 87.00 | 87.00 |
| 01/08/13 | 80708 | V | 401.01 | MI COSTENITA | 368.55 | 368.55 |
| 01/09/13 | 80709 | V | 401.01 | FERDEL | 1,201.98 | 1,201.98 |
| 01/09/13 | 80710 | V | 401.01 | J & R DIST. | 380.37 | 380.37 |
| 01/09/13 | 80711 | V | 401.07 | CITY BEVERAGE | 1,616.24 | 1,616.24 |
| 01/09/13 | 80712 | V | 401.01 | SAN MIGUEL | 1,861.50 | 1,861.50 |
| 01/09/13 | 80713 | V | 401.01 | VITNER | 185.37 | 185.37 |
| 01/10/13 | 80714 | V | 401.01 | BAR-S FOODS | 1,105.69 | 1,105.69 |
| 01/10/13 | 80715 | V | 407    | WEST SIDE ELEC. | 1,216.50 | 1,216.50 |
| 01/10/13 | 80716 | V | 401.01 | SCHWAN | 129.20 | 129.20 |
| 01/10/13 | 80718 | V | 538    | FOX VALLEY | 266.90 | 266.90 |
| 01/10/13 | 80719 | V | 401.01 | ICE MOUNTAIN | 103.50 | 103.50 |
| 01/10/13 | 80720 | V | 401.01 | PEPITO | 977.37 | 977.37 |
| 01/11/13 | 80721 | V | 100    | JERRY VENTRELLA | 8,000.00 | 8,000.00 |
| 01/11/13 | 80722 | V | 401.01 | CLASSIC CREATIONS | 108.00 | 108.00 |
| 01/11/13 | 80723 | V | 401.01 | COCA COLA | 2,418.54 | 2,418.54 |
| 01/11/13 | 80724 | V | 401.03 | PEORIA | 780.06 | 780.06 |
| 01/11/13 | 80725 | V | 401.03 | NEALEY FOODS | 1,026.98 | 1,026.98 |
| 01/11/13 | 80726 | V | 401.03 | LIO FOOD | 1,045.29 | 1,045.29 |
| 01/11/13 | 80727 | V | 401.04 | CHICAGO SEAFOOD | 227.80 | 227.80 |
| 01/12/13 | 80728 | V | 407    | LABEL FORCE | 298.69 | 298.69 |
| 01/12/13 | 80729 |   | 401.07 | MIDWEST INC | 223.81 | 223.81 |
| 01/12/13 | 80730 | V | 401.07 | STOLLER WHOLESALE | 136.70 | 136.70 |
| 01/13/13 | 80731 | V | 401.01 | GOLDEN COUNTRY | 4,625.00 | 4,625.00 |
| 01/13/13 | 80732 | V | 401.01 | BIMBO BAKERIES | 443.58 | 443.58 |
| 01/14/13 | 80733 | V | 401.07 | SCHAMBERGER BROS. | 141.30 | 141.30 |
| 01/14/13 | 80734 | V | 401.05 | TRUONG | 8,790.99 | 8,790.99 |
| 01/14/13 | 80735 | V | 401.01 | IMPORTACIONES | 217.50 | 217.50 |
| 01/15/13 | 80736 | V | 401.01 | DEARBORN | 1,540.98 | 1,540.98 |
| 01/15/13 | 80737 | V | 401.07 | ELGIN BEVERAGE | 2,134.40 | 2,134.40 |
| 01/15/13 | 80738 | V | 401.01 | LABODEGA | 1,431.60 | 1,431.60 |
| 01/15/13 | 80739 | V | 401.01 | WISC CHEESE | 318.55 | 318.55 |
| 01/15/13 | 80740 | V | 401.01 | NOPALINA MIDWSET | 665.00 | 665.00 |
| 01/15/13 | 80741 | V | 407    | LABEL FORCE | 135.00 | 135.00 |
| 01/15/13 | 80742 | V | 401.01 | EL RANCHO | 469.20 | 469.20 |
| 01/15/13 | 80743 | V | 401.01 | DR PEPPER/SNAPPLE | 1,941.28 | 1,941.28 |
| 01/15/13 | 80744 | V | 401.01 | CASTILLO BROS. | 476.54 | 476.54 |
| 01/16/13 | 80745 | V | 543    | IL DIR EMPL SEC | 125.38 | 125.38 |
| 01/16/13 | 80746 | V | 550    | CITY OF ELGIN | 262.04 | 262.04 |
| 01/16/13 | 80747 | V | 542    | ELGIN-LIQUOR TAX | 1,296.00 | 1,296.00 |
| 01/16/13 | 80748 | V | 401.01 | SCHWAN | 122.37 | 122.37 |

**AAME, INC**
**Transaction Listing**

| Date | Reference | T | Account | Description | Amount | Reference Total |
|------|-----------|---|---------|-------------|--------|-----------------|
| 01/16/13 | 80749 | V | 401.01 | GOYA FOODS | 1,239.09 | 1,239.09 |
| 01/16/13 | 80750 | V | 401.01 | HEARTLAND | 5,177.75 | 5,177.75 |
| 01/16/13 | 80751 | V | 401.05 | HEARTLAND | 5,769.25 | 5,769.25 |
| 01/16/13 | 80752 | V | 401.01 | GLOBAL ALLIANCE | 56.12 | 56.12 |
| 01/16/13 | 80753 | V | 401.07 | CITY BEVERAGE | 1,437.92 | 1,437.92 |
| 01/16/13 | 80754 | V | 401.01 | SISAVATH | 1,080.00 | 1,080.00 |
| 01/16/13 | 80755 | V | 401.05 | HEARTLAND | 175.00 | 175.00 |
| 01/16/13 | 80756 | V | 401.06 | NUESTRO QUESO | 392.48 | 392.48 |
| 01/16/13 | 80757 | V | 401.01 | EL POPOCATEPETL | 615.30 | 615.30 |
| 01/16/13 | 80758 | | 538 | METTLER TOLED | 241.81 | 241.81 |
| 01/17/13 | 80759 | V | 547 | VERIZON | 76.32 | 76.32 |
| 01/17/13 | 80760 | V | 538 | DARLING | 105.00 | 105.00 |
| 01/17/13 | 80761 | V | 401.01 | ATOTONILCO | 103.60 | 103.60 |
| 01/17/13 | 80762 | V | 401.01 | AUNT MILLIES | 231.20 | 231.20 |
| 01/17/13 | 80763 | V | 401.07 | SCHAMBERGER BROS. | 406.25 | 406.25 |
| 01/17/13 | 80764 | V | 401.01 | LA BAQUETTE | 1,314.30 | 1,314.30 |
| 01/17/13 | 80765 | V | 401.01 | EXPANDS | 366.50 | 366.50 |
| 01/18/13 | 80767 | V | 401.04 | CHICAGO SEAFOOD | 366.70 | 366.70 |
| 01/18/13 | 80768 | V | 401.03 | JASPER MEATS | 303.02 | 303.02 |
| 01/18/13 | 80769 | V | 401.03 | PEORIA | 1,394.21 | 1,394.21 |
| 01/18/13 | 80770 | V | 401.03 | LIO FOOD | 3,323.49 | 3,323.49 |
| 01/18/13 | 80771 | V | 401.01 | A. ORTEGA | 2,296.50 | 2,296.50 |
| 01/18/13 | 80772 | V | 100 | VINCE VENTRELLA-CHANGE | 8,000.00 | 8,000.00 |
| 01/19/13 | 80773 | V | 401.07 | WIRTZ BEVERAGE | 485.90 | 485.90 |
| 01/19/13 | 80774 | V | 401.07 | SOUTHERN WINE/SPIRITS | 1,489.20 | 1,489.20 |
| 01/19/13 | 80775 | V | 401.07 | STOLLER WHOLESALE | 974.75 | 974.75 |
| 01/19/13 | 80776 | V | 401.01 | GOYA FOODS | 1,909.85 | 1,909.85 |
| 01/19/13 | 80777 | V | 401.05 | TRUONG | 3,891.10 | 3,891.10 |
| 01/21/13 | 80778 | V | 401.07 | SCHAMBERGER BROS. | 549.25 | 549.25 |
| 01/21/13 | 80779 | V | 401.01 | LADONA | 173.00 | 173.00 |
| 01/21/13 | 80780 | V | 401.06 | V & V SUPREMO FOODS | 1,074.96 | 1,074.96 |
| 01/21/13 | 80781 | V | 401.01 | LA HISPAMEX | 719.90 | 719.90 |
| 01/21/13 | 80782 | V | 401.01 | A. ORTEGA | 1,813.00 | 1,813.00 |
| 01/22/13 | 80783 | V | 100 | VINCE VENTRELLA-CHANGE | 2,825.00 | 2,825.00 |
| 01/22/13 | 80784 | V | 401.01 | BIMBO BAKERIES | 229.38 | 229.38 |
| 01/22/13 | 80785 | V | 529 | SCHAIN, BURNEY, BANKS & KENNY | 301.00 | 301.00 |
| 01/22/13 | 80786 | V | 401.07 | EUCLID BEVERAGE | 1,186.20 | 1,186.20 |
| 01/22/13 | 80787 | V | 401.07 | ELGIN BEVERAGE | 2,949.55 | 2,949.55 |
| 01/22/13 | 80788 | V | 401.07 | LAHACIENDA LIQUORS | 332.00 | 332.00 |
| 01/22/13 | 80789 | V | 401.01 | VITAL HIERBAS | 227.60 | 227.60 |
| 01/22/13 | 80790 | V | 401.07 | WISC CHEESE | 255.59 | 255.59 |
| 01/23/13 | 80791 | V | 401.07 | CITY BEVERAGE | 2,036.53 | 2,036.53 |
| 01/23/13 | 80792 | V | 401.01 | M.T.Y. DIST. | 346.88 | 346.88 |
| 01/23/13 | 80793 | V | 401.07 | STOLLER WHOLESALE | 1,157.25 | 1,157.25 |
| 01/23/13 | 80794 | V | 401.01 | LIEN HOA | 3,470.50 | 3,470.50 |
| 01/23/13 | 80795 | V | 401.05 | HEARTLAND | 2,451.25 | 2,451.25 |
| 01/23/13 | 80796 | V | 401.05 | HEARTLAND | 3,220.75 | 3,220.75 |
| 01/23/13 | 80797 | V | 524 | CHARTIS INS | 2,435.00 | 2,435.00 |
| 01/24/13 | 80798 | V | 524 | ROSENTHAL | 7,630.00 | 7,630.00 |
| 01/24/13 | 80799 | V | 537 | KRAMER/PREF. MGMT | 11,616.65 | 11,616.65 |
| 01/24/13 | 80800 | V | 401.01 | AUNT MILLIES | 221.44 | 221.44 |
| 01/24/13 | 80801 | V | 548 | CONSTELLATIONS | 5,739.59 | 5,739.59 |
| 01/24/13 | 80802 | V | 524 | UNITED HEALTHCARE | 3,561.98 | 3,561.98 |
| 01/25/13 | 80803 | V | 401.01 | TRM | 104.49 | 104.49 |
| 01/25/13 | 80804 | V | 401.04 | CHICAGO SEAFOOD | 364.20 | 364.20 |
| 01/25/13 | 80805 | V | 100 | VINCE VENTRELLA-CHANGE | 8,000.00 | 8,000.00 |

| 12/01/12 - 03/31/13 | | | | **AAME, INC** | | DK302 |
| | | | | **Transaction Listing** | | Page 8 |
| | | | | | | 06/05/13 01:03 PM |

| Date | Reference | T | Account | Description | Amount | Reference Total |
|------|-----------|---|---------|-------------|--------|-----------------|
| 01/25/13 | 80806 | V | 401.03 | NEALEY FOODS | 1,565.65 | 1,565.65 |
| 01/25/13 | 80807 | V | 401.01 | GLOBAL ALLIANCE | 52.75 | 52.75 |
| 01/25/13 | 80808 | V | 401.03 | PEORIA | 966.34 | 966.34 |
| 01/25/13 | 80809 | V | 401.03 | LIO FOOD | 1,618.85 | 1,618.85 |
| 01/25/13 | 80810 | V | 401.01 | GOLDEN COUNTRY | 1,574.50 | 1,574.50 |
| 01/25/13 | 80811 | V | 401.01 | AMER EXP | 2,108.40 | 2,108.40 |
| 01/28/13 | 80812 | V | 401.07 | SCHAMBERGER BROS. | 803.25 | 803.25 |
| 01/28/13 | 80813 | V | 401.01 | EL POPOCATEPETL | 137.00 | 137.00 |
| 01/28/13 | 80814 | V | 401.01 | IMPORTACIONES | 346.49 | 346.49 |
| 01/28/13 | 80815 | V | 536 | FEDEX | 81.70 | 81.70 |
| 01/28/13 | 80816 | V | 539 | ALLIED WASTE | 350.00 | 350.00 |
| 01/28/13 | 80817 | V | 401.01 | SAN PEDRO | 332.00 | 332.00 |
| 01/28/13 | 80818 | V | 401.01 | A. ORTEGA | 1,928.50 | 1,928.50 |
| 01/29/13 | 80819 | V | 100 | VINCE VENTRELLA-CHANGE | 2,100.00 | 2,100.00 |
| 01/29/13 | 80820 | V | 401.01 | MESTIZO | 300.40 | 300.40 |
| 01/29/13 | 80821 | V | 547 | COMCAST | 281.28 | 281.28 |
| 01/29/13 | 80822 | V | 401.07 | ELGIN BEVERAGE | 3,016.55 | 3,016.55 |
| 01/29/13 | 80823 | V | 401.01 | MI COSTENITA | 383.77 | 383.77 |
| 01/30/13 | 80824 | V | 401.07 | CITY BEVERAGE | 2,423.80 | 2,423.80 |
| 01/30/13 | 80825 | V | 401.01 | M.T.Y. DIST. | 371.27 | 371.27 |
| 01/30/13 | 80826 | V | 407 | FLOLO | 94.34 | 94.34 |
| 01/30/13 | 80827 | | 401.01 | EXPAND INTL | 199.00 | 199.00 |
| 01/17/13 | 80828 | V | 407 | MUMM | 72.25 | 72.25 |
| 01/31/13 | 80829 | | 401.01 | EL POPULAR INC | 55.87 | 55.87 |
| 01/31/13 | 80830 | V | 401.01 | KEN YOUNG FOODS | 109.44 | 109.44 |
| 01/31/13 | 80831 | V | 401.03 | LIO FOOD | 1,630.00 | 1,630.00 |
| 01/31/13 | 80832 | V | 401.03 | NEALEY FOODS | 1,121.64 | 1,121.64 |
| 01/31/13 | 80833 | V | 401.03 | PEORIA | 1,080.93 | 1,080.93 |
| 01/31/13 | 80834 | V | 401.03 | JASPER MEATS | 429.42 | 429.42 |
| 01/31/13 | 80835 | V | 401.04 | CHICAGO SEAFOOD | 478.01 | 478.01 |
| 01/31/13 | 80836 | V | 401.01 | BAR-S FOODS | 1,312.23 | 1,312.23 |
| 01/31/13 | 80837 | V | 401.05 | TRUONG | 2,608.40 | 2,608.40 |
| 01/31/13 | 80838 | V | 401.01 | LA PREFERIDA | 2,509.77 | 2,509.77 |
| 01/31/13 | 80839 | V | 401.01 | COVEMEX | 703.50 | 703.50 |
| 01/31/13 | 80840 | V | 401.01 | GLOBAL ALLIANCE | 30.72 | 30.72 |
| 01/31/13 | 80841 | V | 100 | VINCE VENTRELLA-CHANGE | 5,000.00 | 5,000.00 |
| 01/31/13 | 80842 | V | 401.01 | BIMBO BAKERIES | 737.09 | 737.09 |
| 02/04/13 | 80843 | V | 401.01 | LADONA | 176.97 | 176.97 |
| 02/04/13 | 80844 | V | 401.01 | LA HISPAMEX | 730.00 | 730.00 |
| 02/04/13 | 80845 | V | 401.01 | A. ORTEGA | 1,225.00 | 1,225.00 |
| 02/04/13 | 80846 | V | 401.01 | LA BAQUETTE | 1,628.70 | 1,628.70 |
| 02/04/13 | 80847 | V | 401.01 | LABODEGA | 1,320.70 | 1,320.70 |
| 02/05/13 | 80848 | V | 401.01 | FRITO LAY | 3,393.32 | 3,393.32 |
| 02/05/13 | 80849 | V | 201.1 | RETAIL DATA-CR CD MACH. | 738.00 | 738.00 |
| 02/05/13 | 80850 | V | 524 | CHARTIS INS | 1,095.00 | 1,095.00 |
| 02/05/13 | 80851 | V | 244 | EVERGREEN BANK GROUP | 2,393.28 | 2,393.28 |
| 02/05/13 | 80852 | V | 401.05 | TRUONG | 1,645.89 | 1,645.89 |
| 02/05/13 | 80853 | V | 401.04 | BAR-S FOODS | 679.04 | 679.04 |
| 02/05/13 | 80854 | V | 401.01 | POWER DIST. | 180.00 | 180.00 |
| 02/05/13 | 80855 | V | 407 | MICKEY LINENS | 184.71 | 184.71 |
| 02/05/13 | 80856 | V | 401.01 | MESTIZO | 251.98 | 251.98 |
| 02/05/13 | 80857 | V | 401.07 | ELGIN BEVERAGE | 2,474.80 | 2,474.80 |
| 02/05/13 | 80858 | V | 401.07 | EUCLID BEVERAGE | 1,001.85 | 1,001.85 |
| 02/06/13 | 80859 | V | 401.01 | SAN MIGUEL | 909.75 | 909.75 |
| 02/06/13 | 80860 | V | 401.01 | LA GUADALUPANA | 820.70 | 820.70 |
| 02/06/13 | 80861 | V | 401.01 | FERDEL | 372.75 | 372.75 |
| 02/06/13 | 80862 | V | 401.01 | LARA PHRACHANSIRI | 1,227.00 | 1,227.00 |

12/01/12 - 03/31/13       AAME, INC       DK302
Transaction Listing       Page 9
06/05/13 01:03 PM

| Date | Reference | T | Account | Description | Amount | Reference Total |
|------|-----------|---|---------|-------------|--------|-----------------|
| 02/06/13 | 80863 | V | 547 | AT & T | 48.63 | 48.63 |
| 02/06/13 | 80864 | V | 401.07 | STOLLER WHOLESALE | 412.90 | 412.90 |
| 02/07/13 | 80865 | V | 401.01 | VITNER | 172.28 | 172.28 |
| 02/08/13 | 80866 | V | 401.07 | CITY BEVERAGE | 1,950.40 | 1,950.40 |
| 02/08/13 | 80867 | V | 401.01 | BIMBO BAKERIES | 843.13 | 843.13 |
| 02/08/13 | 80868 | V | 100 | VINCE VENTRELLA-CHANGE | 4,000.00 | 4,000.00 |
| 02/09/13 | 80869 | V | 401.03 | LIO FOOD | 1,888.20 | 1,888.20 |
| 02/09/13 | 80870 | V | 401.03 | PEORIA | 1,181.65 | 1,181.65 |
| 02/09/13 | 80871 | V | 401.03 | NEALEY FOODS | 918.20 | 918.20 |
| 02/09/13 | 80872 | V | 401.04 | CHICAGO SEAFOOD | 650.65 | 650.65 |
| 02/09/13 | 80873 | V | 100 | VINCE VENTRELLA-CHANGE | 5,000.00 | 5,000.00 |
| 02/11/13 | 80874 | V | 401.01 | ICE MOUNTAIN | 96.00 | 96.00 |
| 02/11/13 | 80875 | V | 401.01 | PEPSI | 339.72 | 339.72 |
| 02/11/13 | 80876 | V | 401.07 | SCHAMBERGER BROS. | 529.75 | 529.75 |
| 02/11/13 | 80877 | V | 538 | DARLING | 70.00 | 70.00 |
| 02/11/13 | 80878 | V | 401.01 | DR PEPPER | 353.06 | 353.06 |
| 02/11/13 | 80879 | V | 401.01 | RUG DOCTOR | 228.42 | 228.42 |
| 02/11/13 | 80880 | V | 401.01 | COCA COLA | 1,781.85 | 1,781.85 |
| 02/11/13 | 80881 | V | 550 | CITY OF ELGIN | 294.31 | 294.31 |
| 02/11/13 | 80882 | V | 401.01 | BUNZL | 341.32 | 341.32 |
| 02/11/13 | 80883 | V | 547 | AVAYA | 168.81 | 168.81 |
| 02/11/13 | 80884 | V | 401.01 | EL RANCHO | 650.70 | 650.70 |
| 02/11/13 | 80885 | V | 401.01 | CASTILLO BROS. | 821.80 | 821.80 |
| 02/11/13 | 80886 | V | 401.06 | V & V SUPREMO FOODS | 955.36 | 955.36 |
| 02/11/13 | 80887 | V | 401.01 | A. ORTEGA | 2,205.00 | 2,205.00 |
| 02/10/13 | 80888 | V | 548 | NICOR | 2,630.18 | 2,630.18 |
| 02/12/13 | 80889 | V | 100 | VINCE VENTRELLA-CHANGE | 1,275.00 | 1,275.00 |
| 02/12/13 | 80890 | V | 524 | ROSENTHAL | 950.00 | 950.00 |
| 02/12/13 | 80891 | V | 401.01 | LIEN HOA | 4,609.95 | 4,609.95 |
| 02/12/13 | 80892 | V | 401.01 | POWER DIST. | 383.04 | 383.04 |
| 02/12/13 | 80893 | V | 401.04 | GOLDEN OCEAN | 35.20 | 35.20 |
| 02/12/13 | 80894 | V | 401.01 | GOLDEN COUNTRY | 4,147.00 | 4,147.00 |
| 02/12/13 | 80895 | V | 401.01 | AUNT MILLIES | 444.29 | 444.29 |
| 02/12/13 | 80896 | V | 401.07 | ELGIN BEVERAGE | 3,085.55 | 3,085.55 |
| 02/12/13 | 80897 | V | 401.07 | LAHACIENDA LIQUORS | 253.50 | 253.50 |
| 02/12/13 | 80898 | V | 401.05 | HEARTLAND | 4,175.50 | 4,175.50 |
| 02/12/13 | 80899 | V | 401.05 | HEARTLAND | 3,476.25 | 3,476.25 |
| 02/12/13 | 80900 | V | 401.05 | HEARTLAND | 3,982.50 | 3,982.50 |
| 02/12/13 | 80901 | V | 401.05 | HEARTLAND | 4,329.25 | 4,329.25 |
| 02/12/13 | 80902 | V | 401.05 | HEARTLAND | 4,923.75 | 4,923.75 |
| 02/12/13 | 80903 | V | 401.01 | WISC CHEESE | 328.98 | 328.98 |
| 02/12/13 | 80904 | V | 401.01 | MI COSTENITA | 550.97 | 550.97 |
| 02/12/13 | 80905 | V | 401.01 | SAN MIGUEL | 1,201.90 | 1,201.90 |
| 02/13/13 | 80906 | V | 401.07 | CITY BEVERAGE | 2,143.58 | 2,143.58 |
| 02/14/13 | 80907 | V | 401.01 | GOYA FOODS | 2,708.89 | 2,708.89 |
| 02/14/13 | 80908 | V | 401.01 | REGENT CORP | 2,480.21 | 2,480.21 |
| 02/14/13 | 80909 | V | 401.01 | TRM | 47.52 | 47.52 |
| 02/14/13 | 80910 | V | 542 | ELGIN-LIQUOR TAX | 864.00 | 864.00 |
| 02/15/13 | 80911 | V | 530 | SEC STATE | 135.00 | 135.00 |
| 02/15/13 | 80912 | V | 401.03 | BON TON | 165.20 | 165.20 |
| 02/15/13 | 80913 | V | 401.01 | JUAN COLIN | 334.60 | 334.60 |
| 02/15/13 | 80914 | V | 401.04 | CHICAGO SEAFOOD | 946.36 | 946.36 |
| 02/15/13 | 80915 | V | 401.03 | LIO FOOD | 1,489.62 | 1,489.62 |
| 02/15/13 | 80916 | V | 401.03 | PEORIA | 1,809.76 | 1,809.76 |
| 02/15/13 | 80917 | V | 401.03 | G.F.S. | 565.17 | 565.17 |
| 02/16/13 | 80919 | V | 547 | VERIZON | 89.12 | 89.12 |
| 02/18/13 | 80920 | V | 401.07 | SCHAMBERGER BROS. | 968.50 | 968.50 |

| 12/01/12 - 03/31/13 | | | | AAME, INC | | DK302 |
| | | | | Transaction Listing | | Page 10 |
| | | | | | | 06/05/13 01:03 PM |

| Date | Reference | T | Account | Description | Amount | Reference Total |
|------|-----------|---|---------|-------------|--------|-----------------|
| 02/18/13 | 80921 | V | 401.05 | TRUONG | 5,203.54 | 5,203.54 |
| 02/18/13 | 80922 | V | 401.01 | LADONA | 327.50 | 327.50 |
| 02/18/13 | 80923 | V | 401.01 | LA HISPAMEX | 668.87 | 668.87 |
| 02/18/13 | 80924 | V | 401.01 | EL POPOCATEPETL | 784.80 | 784.80 |
| 02/19/13 | 80925 | V | 100 | VINCE VENTRELLA-CHANGE | 2,600.00 | 2,600.00 |
| 02/19/13 | 80926 | V | 401.01 | BIMBO BAKERIES | 750.01 | 750.01 |
| 02/19/13 | 80927 | V | 401.01 | LABODEGA | 1,442.40 | 1,442.40 |
| 02/19/13 | 80928 | V | 401.07 | EUCLID BEVERAGE | 1,415.45 | 1,415.45 |
| 02/19/13 | 80929 | V | 401.01 | VITAL HIERBAS | 213.80 | 213.80 |
| 02/19/13 | 80930 | V | 401.07 | ELGIN BEVERAGE | 4,026.15 | 4,026.15 |
| 02/19/13 | 80931 | V | 401.01 | EL VALLE | 154.25 | 154.25 |
| 02/19/13 | 80932 | V | 401.07 | LAHACIENDA LIQUORS | 293.00 | 293.00 |
| 02/19/13 | 80933 | V | 401.01 | LIEN HOA | 4,470.15 | 4,470.15 |
| 02/20/13 | 80934 | V | 401.01 | ATOTONILCO | 3,732.00 | 3,732.00 |
| 02/20/13 | 80935 | V | 401.07 | CITY BEVERAGE | 1,882.19 | 1,882.19 |
| 02/20/13 | 80936 | V | 548 | CONSTELLATIONS | 4,966.87 | 4,966.87 |
| 02/20/13 | 80937 | V | 401.01 | BAR-S FOODS | 1,547.27 | 1,547.27 |
| 02/21/13 | 80938 | V | 524 | ROSENTHAL | 7,630.00 | 7,630.00 |
| 02/21/13 | 80939 | V | 401.05 | HEARTLAND | 2,343.75 | 2,343.75 |
| 02/21/13 | 80940 | V | 401.05 | HEARTLAND | 1,862.85 | 1,862.85 |
| 02/21/13 | 80941 | V | 401.01 | D & D | 2,277.22 | 2,277.22 |
| 02/22/13 | 80942 | V | 524 | UNITED HEALTHCARE | 3,561.98 | 3,561.98 |
| 02/22/13 | 80943 | V | 401.01 | A. ORTEGA | 1,100.00 | 1,100.00 |
| 02/23/13 | 80944 | V | 401.04 | CHICAGO SEAFOOD | 630.41 | 630.41 |
| 02/23/13 | 80945 | V | 401.03 | PEORIA | 2,038.20 | 2,038.20 |
| 02/23/13 | 80946 | V | 401.03 | LIO FOOD | 1,369.02 | 1,369.02 |
| 02/23/13 | 80947 | V | 401.01 | BIMBO BAKERIES | 438.44 | 438.44 |
| 02/23/13 | 80948 | V | 401.01 | AMER EXP | 2,797.67 | 2,797.67 |
| 02/25/13 | 80949 | V | 401.01 | GLOBAL ALLIANCE | 108.07 | 108.07 |
| 02/25/13 | 80950 | V | 401.05 | TRUONG | 2,769.88 | 2,769.88 |
| 02/27/13 | 80951 | V | 401.07 | SCHAMBERGER BROS. | 1,168.35 | 1,168.35 |
| 02/27/13 | 80952 | V | 401.01 | BULLSEYE DIST | 190.00 | 190.00 |
| 02/26/13 | 80953 | V | 401.07 | EUCLID BEVERAGE | 1,009.40 | 1,009.40 |
| 02/26/13 | 80954 | V | 401.01 | MI COSTENITA | 472.90 | 472.90 |
| 02/26/13 | 80955 | V | 401.07 | ELGIN BEVERAGE | 3,283.77 | 3,283.77 |
| 02/26/13 | 80956 | V | 401.06 | NUESTRO QUESO | 253.42 | 253.42 |
| 02/27/13 | 80957 | V | 401.07 | CITY BEVERAGE | 1,922.30 | 1,922.30 |
| 02/27/13 | 80958 | V | 401.01 | SAN MIGUEL | 342.00 | 342.00 |
| 02/27/13 | 80959 | V | 401.01 | A. ORTEGA | 1,903.50 | 1,903.50 |
| 02/27/13 | 80960 | V | 401.01 | GOYA FOODS | 1,292.45 | 1,292.45 |
| 02/28/13 | 80961 | V | 401.01 | AUNT MILLIES | 570.14 | 570.14 |
| 02/28/13 | 80962 | V | 407 | LABEL FORCE | 81.00 | 81.00 |
| 02/28/13 | 80963 | V | 547 | COMCAST | 278.45 | 278.45 |
| 02/28/13 | 80964 | V | 401.07 | STOLLER WHOLESALE | 281.65 | 281.65 |

|  |  |  |  |  | Total of Checks | 749,614.71 |

| Total Debits | 749,614.71 | Total Credits | 0.00 |
|--------------|------------|---------------|------|

Number of Transactions    556

1

☒ AD-Automatic Deposit   ☒ AP-Automatic Payment   ☒ ATM-Teller Machine   ☒ DC-Debit Card   ☒ T-Tax Deductible   ☒ TT-Telephone Transfer

| NUMBER OR CODE | DATE | TRANSACTION DESCRIPTION | PAYMENT AMOUNT | ✓ | FEE | DEPOSIT AMOUNT | $ BALANCE |
|---|---|---|---|---|---|---|---|
| | | | $ | | | $4000 00 | 10258 65 |
| | | | | | | | 2471 43 |
| | | | | | | | 2461 73 |
| | | | | | | | 2521 73 |
| | | | 32 | | | | 2522 05 |
| | | | 97 | | | | 2523 02 |
| | | | 53 | | | | 2523 55 |
| | | | 52 | | | | 2524 07 |
| | | | 109 | | | | 2525 16 |
| | | | 52 | | | | 2525 68 |
| | | | 55 | | | | 2526 23 |
| | | | 58 | | | | 2526 81 |
| | | | 32 | | | | 2527 13 |
| 3/12/13 | 2035 | City of Elgin | 322 19 | | 16 | 130 00 | |
| 2036 | 3/12/13 | A T & T | 48 63 | | | | |

**PROTECT YOUR ACCOUNT – SHRED CANCELLED CHECKS, UNUSED DEPOSIT TICKETS AND BANK STATEMENTS WHEN DISCARDING.**

☒ AD-Automatic Deposit ☒ AP-Automatic Payment ☒ ATM-Teller Machine ☒ DC-Debit Card ☒ T-Tax Deductible ☒ TT-Telephone Transfer

| NUMBER OR CODE | DATE | TRANSACTION DESCRIPTION | PAYMENT AMOUNT | FEE | ✓ | T | DEPOSIT AMOUNT | $ BALANCE |
|---|---|---|---|---|---|---|---|---|
| 2037 | 3/14/13 | NICOR | | | | | | 9672 70 |
| | | FIFTH THIRD | 348.02 | | | | | 9324 02 |
| 2040 | 3/18 | American Express | 962 78 | | | | | 8459 92 |
| 2001 | 3/18 | City of Elgin | 97 00 | | | | | 8034 92 |
| 2002 | 3/18 | IL DEPT OF ELGIN REVENUE | 6360.00 | | | | | 1661 92 |
| 2003 | 3/14 | verizon | 76 96 | | | | | 4584 96 |
| | 3/22 | | | | | | 2000 00 | 4484 96 |
| 2004 | 3/24 | RAYMOND BUSCH | 838 00 | | | | | 5646 96 |
| 2005 | 3/25 | American Express | 30 92 | | | | | 5616 04 |
| 2006 | 4/3 | Evergreen Bank | 2400 00 | | 2011732 | | 2011732 | 233336 |
| 2007 | 4/4 | FED-EX | 23 98 | | | | | 233309 39 |
| | | | | | | | 1000 00 | 25369 38 |
| 2008 | 4/5 | City of Elgin | 63 00 | | | | | 25246 38 |
| 2009 | 4/5 | IL DEPT REVENUE | 744 00 | | | | | 24502 39 |
| 2010 | 4/8 | VINCE VENTRELL | 800 00 | | | | | 23702 38 |

PROTECT YOUR ACCOUNT - USE DARK INK WHEN WRITING CHECKS. NEVER USE PENCIL OR ERASABLE INK.

| NUMBER OR CODE | DATE | TRANSACTION DESCRIPTION | PAYMENT AMOUNT | FEE | ✓ | DEPOSIT AMOUNT | $ BALANCE |
|---|---|---|---|---|---|---|---|
| 2011 | 4/8/13 | GONNELLA ROSAWA | 5000.00 | | | | 18702.38 |
| 2012 | 4/10 | Jerry Leoncello | 5000.00 | | | | 13702.38 |
| 2013 | 4/22 | Evergreen Bank | 402.22 | | | | 13299.16 |
| 2014 | 4/23 | AT&T | 51.53 | | | | 13245.63 |
| 2015 | 4/24 | City of Elgin | 163.42 | | | 200000.00 | 13082.21 / 213082.21 |
| | 4/25 | HEARTLAND | 1200.00 | | | | 30082.21 |
| 2016 | 5/1 | FIGLIOLO SEWAMM | 4306.00 | | | 50000.00 | 80082.21 |

PROTECT YOUR ACCOUNT – USE CHECKS IN SEQUENTIAL ORDER. RECONCILE STATEMENTS PROMPTLY.

**Purchaser's Receipt Cashier's Check**

JERRY VENTRELLA



# ELGIN STATE BANK
*A division of St. Charles Bank & Trust Company*
Elgin, Illinois

001977  s

70-2665
719

June 07, 2013

Payable to  *HEARTLAND*

$*******5,000.00

FIVE THOUSAND DOLLARS AND ZERO CENTS
Void after 6 months from date of issue

**NOTICE TO CUSTOMER**

Requests for refund for lost, destroyed or stolen bank official checks are not processed for 90 days after the date on the check. The purchase of an IN-DEMNITY BOND from your insurance company will be required before any official check of this Bank will be replaced or refunded prior to the 90 day effective date.

For _____

**NOT NEGOTIABLE**
**SAVE THIS COPY FOR YOUR RECORDS**

---

AD-Automatic Deposit   ☒ AP-Automatic Payment   ☒ ATM-Teller Machine   ☒ DC-Debit Card   ☒ T-Tax Deductible   ☒ TT-Telephone Transfer

| CHECK OR CODE | DATE | TRANSACTION DESCRIPTION | PAYMENT AMOUNT | ✓ | FEE | DEPOSIT AMOUNT | $ |
|---|---|---|---|---|---|---|---|
| 011 | 4/8/13 | James Kujawa | 5000 00 | | | | 18702 38 |
| 012 | 4/10 | Jerry Ventrella | 5000 00 | | | | 13702 38 |
| 013 | 4/22 | Evergreen Bank | 405 22 | | | | 13297 16 |
| 014 | 4/22 | AT&T | 51 53 | | | | 13245 63 |
| 015 | 4/22 | City of Elgin | 163 42 | | | | 13082 21 |
| | | | | | | 2000 00 | 15082 21 |
| | 4/25 | HEARTLAND | 12000 00 | | | | 3082 21 |
| | | | | | | 5000 00 | 8082 21 |
| 016 | 5/1 | FIGLIULO SELVAMAN | 4306 00 | | | | 3776 21 |
| | | | | | | 4000 00 | 7776 21 |
| 017 | 5/16 | CITY OF ENGIN | 110 03 | | | | 7666 18 |
| 018 | 5/21 | Heartland | 5000 00 | | | | 2666 18 |
| | | CLOSED   5/29/13 | | | | | |

PROTECT YOUR ACCOUNT - USE CHECKS IN SEQUENTIAL ORDER, RECONCILE STATEMENTS PROMPTLY.

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re _AAME, Inc., a Corporation_____  Case No. _____
                                      Debtor                                                              (if known)


# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY ON BEHALF OF A CORPORATION

I, _Jerry Ventrella_____, _Owner_____ of the _Corporation_____
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    _18__ sheets,
and that they are true and correct to the best of my knowledge, information, and belief.


Date: _6/25/2013_____        Signature _/s/ Jerry Ventrella_____
                                                      Name: _Jerry Ventrella_
                                                      Title:  _Owner_

                [An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

    Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.


## CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11.U.S.C. § 110)

I certify that I am a bankruptcy preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor
with a copy of this document.

Preparer: _____        Social security No. : _____

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____        Date: _____

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and  the Federal Rules of Bankruptcy Procedure may result in fines or
imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.

    Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Rule 2016(b) (8/91)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *AAME, Inc., a Corporation
dba Dino's Finer Foods*

Case No.
Chapter 7

_____ / Debtor

Attorney for Debtor: *Michael K. Desmond*

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1. The undersigned is the attorney for the debtor(s) in this case.

2. The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
   a) For legal services rendered or to be rendered in contemplation of and in connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____ *4,000.00*
   b) Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . . $_____ *4,306.00*
   c) The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____ *0.00*

3. $_____*306.00*_____ of the filing fee in this case has been paid.

4. The Services rendered or to be rendered include the following:
   a) Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
   b) Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the court.
   c) Representation of the debtor(s) at the meeting of creditors.

5. The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and
   *None other*

6. The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and
   *None other*

7. The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:
   *None*

8. The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:
   *None*

Dated: *06/25/2013*                    Respectfully submitted,

                              X */s/ Michael K. Desmond*_____
Attorney for Petitioner: *Michael K. Desmond
                          Figliulo & Silverman, P.C.
                          10 South LaSalle St.
                          Suite 3600
                          Chicago IL 60603
                          312-251-4600*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re *AAME, Inc., a  Corporation*                    Case No.
   *dba Dino's Finer Foods*                          Chapter  7

_____ / Debtor

Attorney for Debtor:   *Michael K. Desmond*

## VERIFICATION OF CREDITOR MATRIX

     The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the

best of our knowledge.

Date: *06/25/2013*                          /s/ Jerry Ventrella
                                            Debtor