**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: AAME, INC. D/B/A DINOS FINER FOODS § | Case No. 13-26975 |
| § | |
| § | |
| Debtor(s) § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on July 02, 2013. The undersigned trustee was appointed on November 10, 2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $          18,228.80

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim distribution | 0.00 |
    | Administrative expenses | 2,876.00 |
    | Bank service fees | 341.74 |
    | Other payments to creditors | 0.00 |
    | Non-estate funds paid to 3rd Parties | 0.00 |
    | Exemptions paid to the debtor | 0.00 |
    | Other payments to the debtor | 0.00 |
    | Leaving a balance on hand of [1]    $ | 15,011.06 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 04/08/2014 and the deadline for filing governmental claims was 04/08/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,572.88. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,572.88, for a total compensation of $2,572.88.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/10/2017         By: /s/THOMAS E. SPRINGER, TRUSTEE
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 13-26975  
**Case Name:** AAME, INC. D/B/A DINOS FINER FOODS  

**Period Ending:** 02/10/17

**Trustee:** (330640) THOMAS E. SPRINGER, TRUSTEE  
**Filed (f) or Converted (c):** 07/02/13 (f)  
**§341(a) Meeting Date:** 08/05/13  
**Claims Bar Date:** 04/08/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | checking acct - Fifth Third | 2,182.29 | 0.00 | | 0.00 | FA |
| 2 | fire insurance claim | Unknown | 15,000.00 | | 6,500.00 | FA |
| 3 | machinery and equipment | Unknown | 10,000.00 | | 10,000.00 | FA |
| 4 | inventory | Unknown | 0.00 | | 0.00 | FA |
| 5 | acct rec - Villore Foods Co., Inc.  (u) | 228.80 | 228.80 | | 228.80 | FA |
| 6 | post petition transfer - Elgin Beverage  (u) | 1,500.00 | 1,500.00 | | 1,500.00 | FA |
| **6** | **Assets**    **Totals** (Excluding unknown values) | **$3,911.09** | **$26,728.80** | | **$18,228.80** | **$0.00** |

**Major Activities Affecting Case Closing:**

Reassigned Joe Voiland case; Settled remaining litigation.  Trustee just received prompt determination letter from the IRS dated 12/16/16 and will be preparing the Final Report  in the next few weeks.

**Initial Projected Date Of Final Report (TFR):**    December 15, 2014    **Current Projected Date Of Final Report (TFR):**    January 31, 2017  (Actual)

Printed: 02/10/2017 09:47 AM    V.13.28

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 13-26975  
**Case Name:** AAME, INC. D/B/A DINOS FINER FOODS  
**Taxpayer ID #:** **-***3113  
**Period Ending:** 02/10/17  

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** UNKNOWN BANK  
**Account:** ********84 - Checking Account  
**Blanket Bond:** N/A  
**Separate Bond:** $50,000,000.00  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/23/13 | {3} | FB INVEST, LLC | proceeds from sale of mach & equip | 1129-000 | 10,000.00 | | 10,000.00 |
| 11/19/13 | {5} | VILLORE FOODS COMPANY, INC | payment of unsch acct rec | 1221-000 | 228.80 | | 10,228.80 |
| 12/01/13 | | CB | bank service fee | 2600-000 | | 10.00 | 10,218.80 |
| 12/12/13 | {6} | ELGIN BEVERAGE CO. | sett prcds from post pet transfer | 1241-000 | 1,500.00 | | 11,718.80 |
| 12/31/13 | | CB | bank service fee | 2600-000 | | 10.34 | 11,708.46 |
| 01/31/14 | | CB | bank service fee | 2600-000 | | 11.66 | 11,696.80 |
| 02/28/14 | | CB | bank service fee | 2600-000 | | 12.42 | 11,684.38 |
| 03/11/14 | | CB | bank service fee | 2600-000 | | 11.21 | 11,673.17 |
| 03/12/14 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 11,673.17 | 0.00 |
| | | | ACCOUNT TOTALS | | 11,728.80 | 11,728.80 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 11,673.17 | |
| | | | **Subtotal** | | 11,728.80 | 55.63 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$11,728.80** | **$55.63** | |

{} Asset reference(s)

Printed: 02/10/2017 09:47 AM   V.13.28

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 13-26975  
**Case Name:** AAME, INC. D/B/A DINOS FINER FOODS  
**Taxpayer ID #:** **-***3113  
**Period Ending:** 02/10/17

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** ASSOCIATED BANK  
**Account:** ********30 - Checking Account  
**Blanket Bond:** N/A  
**Separate Bond:** $50,000,000.00

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/12/14 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 11,673.17 | | 11,673.17 |
| 04/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 11.19 | 11,661.98 |
| 05/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 16.78 | 11,645.20 |
| 06/06/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 17.31 | 11,627.89 |
| 07/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 16.73 | 11,611.16 |
| 08/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 17.26 | 11,593.90 |
| 09/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 17.24 | 11,576.66 |
| 10/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 16.66 | 11,560.00 |
| 11/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 17.19 | 11,542.81 |
| 12/05/14 | | ASSOCAITED BANK | BANK SERVICE FEE | 2600-000 | | 16.61 | 11,526.20 |
| 12/23/14 | 3001 | ASSOCIATED BANK | Transfer to new Assoc. Acct. | 9999-000 | | 11,526.20 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 11,673.17 | 11,673.17 | $0.00 |
| | | | Less: Bank Transfers | | 11,673.17 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 11,673.17 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$11,673.17** | |

{} Asset reference(s)

Printed: 02/10/2017 09:47 AM  V.13.28

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 13-26975  
**Case Name:** AAME, INC. D/B/A DINOS FINER FOODS  
**Taxpayer ID #:** **-***3113  
**Period Ending:** 02/10/17  

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** ASSOCIATED BANK  
**Account:** ********00 - CHECKING ACCOUNT  
**Blanket Bond:** N/A  
**Separate Bond:** $50,000,000.00  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/23/14 | | ASSOCIATED BANK | transfer of funds | 9999-000 | 11,526.20 | | 11,526.20 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 11,516.20 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.12 | 11,499.08 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.44 | 11,483.64 |
| 04/10/15 | | ASSOCIATED BANK | Bank and Technology Services Fees | 2600-000 | | 17.07 | 11,466.57 |
| 04/10/15 | | ASSOCIATED BANK | Transfer to Rabobank, N.A. | 9999-000 | | 11,466.57 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 11,526.20 | 11,526.20 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 11,466.57 | |
| | | | **Subtotal** | | 11,526.20 | 59.63 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$11,526.20** | **$59.63** | |

{} Asset reference(s)　　　　　Printed: 02/10/2017 09:47 AM　　V.13.28

Exhibit B

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 13-26975  
**Case Name:** AAME, INC. D/B/A DINOS FINER FOODS

**Taxpayer ID #:** **-***3113  
**Period Ending:** 02/10/17

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****936866 - Checking Account  
**Blanket Bond:** N/A  
**Separate Bond:** $50,000,000.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/10/15 | | Rabobank, N.A. | Transfer from ASSOCIATED BANK | 9999-000 | 11,466.57 | | 11,466.57 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.59 | 11,448.98 |
| 10/20/15 | {2} | Peerless Indemnity Insurance Company | Settlement Payment | 1149-000 | 6,500.00 | | 17,948.98 |
| 10/20/15 | 30101 | Patrick T. Brankin | | 3210-600 | | 2,600.00 | 15,348.98 |
| 10/20/15 | 30102 | Patrick T. Brankin | | 3220-610 | | 276.00 | 15,072.98 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.44 | 15,053.54 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.92 | 15,032.62 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.56 | 15,011.06 |
| | | | ACCOUNT TOTALS | | 17,966.57 | 2,955.51 | $15,011.06 |
| | | | Less: Bank Transfers | | 11,466.57 | 0.00 | |
| | | | **Subtotal** | | 6,500.00 | 2,955.51 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $6,500.00 | $2,955.51 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ********84 | 11,728.80 | 55.63 | 0.00 |
| Checking # ********30 | 0.00 | 11,673.17 | 0.00 |
| Checking # ********00 | 11,526.20 | 59.63 | 0.00 |
| Checking # ****936866 | 6,500.00 | 2,955.51 | 15,011.06 |
| | $29,755.00 | $14,743.94 | $15,011.06 |

{} Asset reference(s)

Printed: 02/10/2017 09:47 AM   V.13.28

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** April 8, 2014

**Case Number:** 13-26975  
**Debtor Name:** AAME, INC. D/B/A DINOS FINER FOODS

Page: 1

**Date:** February 10, 2017  
**Time:** 09:47:18 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | THOMAS E. SPRINGER, TRUSTEE<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Admin Ch. 7 | | $2,572.88 | $0.00 | 2,572.88 |
| 200 | Clerk of the US Bankruptcy Court<br>219 S. Dearborn Street<br>Chicago, IL 60604 | Admin Ch. 7 | Adversary filing fee 13-01175 | $293.00 | $0.00 | 293.00 |
| 200 | SPRINGER BROWN, LLC<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Admin Ch. 7 | | $4,899.00 | $0.00 | 4,899.00 |
| 200 | SPRINGER BROWN, LLC<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Admin Ch. 7 | | $101.00 | $0.00 | 101.00 |
| 200 | RSM US LLP<br>5155 Paysphere Circle<br>Chicago, IL 60674 | Admin Ch. 7 | | $6,649.20 | $0.00 | 6,649.20 |
| 200 | Patrick T. Brankin<br>Schain, Banks, Kenny & Schwartz, Ltd.<br>70 W. Madison Street, #5300<br>Chicago, IL 60602 | Admin Ch. 7 | | $2,600.00 | $2,600.00 | 0.00 |
| 200 | Patrick T. Brankin<br>Schain, Banks, Kenny & Schwartz, Ltd.<br>70 W. Madison Street, #5300<br>Chicago, IL 60602 | Admin Ch. 7 | | $276.00 | $276.00 | 0.00 |
| 1<br>610 | Pepsi Beverage Company<br>75 Remittance Drive<br>Suite 1884<br>Chicago, IL 60675-1884 | Unsecured | | $307.62 | $0.00 | 307.62 |
| 2<br>610 | West Side Electric Supply, Inc.<br>Acct. # 106060<br>1530 N. LaFox<br>South Elgin, IL 60177 | Unsecured | | $380.92 | $0.00 | 380.92 |
| 3<br>610 | Goya Foods Chicago<br>Cust. #: 929590<br>1401 Remington Blvd.<br>Bolingbrook, IL 60490 | Unsecured | | $1,292.45 | $0.00 | 1,292.45 |
| 4<br>610 | Truong Enterproses<br>Attn: Bun Luu<br>2300 S. Halsted<br>Chicago, IL 60608 | Unsecured | | $6,080.00 | $0.00 | 6,080.00 |
| 5<br>610 | Chicago Seafood and Restaurant Supply<br>Acct # Dino's Foods<br>4433 W. 42nd Place<br>Chicago, IL 60632 | Unsecured | | $2,986.07 | $0.00 | 2,986.07 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** April 8, 2014

**Case Number:** 13-26975  
**Debtor Name:** AAME, INC. D/B/A DINOS FINER FOODS

Page: 2

**Date:** February 10, 2017  
**Time:** 09:47:18 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 6<br>610 | Golden Country Oriental Food LLC<br>c/o Sidney J. Lee<br>Acct # 131305, 2355 S. Blue Island Ave.<br>Chicago, IL 60608 | Unsecured | | $11,470.07 | $0.00 | 11,470.07 |
| 7<br>610 | Peoria Packing Inc.<br>1307 W. Lake Street<br>Chicago, IL 60607 | Unsecured | | $5,184.41 | $0.00 | 5,184.41 |
| 8<br>610 | Nicor Gas<br>Po box 549<br>Aurora, IL 60507 | Unsecured | | $6,675.01 | $0.00 | 6,675.01 |
| **<< Totals >>** | | | | 51,767.63 | 2,876.00 | 48,891.63 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 13-26975
Case Name: AAME, INC. D/B/A DINOS FINER FOODS
Trustee Name: THOMAS E. SPRINGER, TRUSTEE

**Balance on hand:** $ 15,011.06

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 15,011.06

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS E. SPRINGER, TRUSTEE | 2,572.88 | 0.00 | 2,572.88 |
| Attorney for Trustee, Fees - SPRINGER BROWN, LLC | 4,899.00 | 0.00 | 4,899.00 |
| Attorney for Trustee, Expenses - SPRINGER BROWN, LLC | 101.00 | 0.00 | 101.00 |
| Accountant for Trustee, Fees - RSM US LLP | 6,649.20 | 0.00 | 6,649.20 |
| Charges, U.S. Bankruptcy Court | 293.00 | 0.00 | 293.00 |
| Other Fees: Patrick T. Brankin | 2,600.00 | 2,600.00 | 0.00 |
| Other Expenses: Patrick T. Brankin | 276.00 | 276.00 | 0.00 |

Total to be paid for chapter 7 administration expenses: $ 14,515.08
Remaining balance: $ 495.98

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 495.98

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 495.98

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 34,376.55 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Pepsi Beverage Company | 307.62 | 0.00 | 4.44 |
| 2 | West Side Electric Supply, Inc. | 380.92 | 0.00 | 5.50 |
| 3 | Goya Foods Chicago | 1,292.45 | 0.00 | 18.65 |
| 4 | Truong Enterproses | 6,080.00 | 0.00 | 87.72 |
| 5 | Chicago Seafood and Restaurant Supply | 2,986.07 | 0.00 | 43.08 |
| 6 | Golden Country Oriental Food LLC | 11,470.07 | 0.00 | 165.49 |
| 7 | Peoria Packing Inc. | 5,184.41 | 0.00 | 74.80 |
| 8 | Nicor Gas | 6,675.01 | 0.00 | 96.30 |

Total to be paid for timely general unsecured claims: $ 495.98
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| | Total to be paid for tardy general unsecured claims: | $ 0.00 |
| | Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| | Total to be paid for subordinated claims: | $ 0.00 |
| | Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR (05/1/2011)**