UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| **AAME, INC. D/B/A DINOS FINER FOODS** ) | Bankruptcy Case No. 13-26975 JSB |
| ) | Chapter 7 |
| ) | |
| Debtor(s). ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on February 16, 2017, I served by prepaid first class mail or via electronic service as indicated a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

**VIA ECF SERVICE**

Patrick S. Layng
US Trustee
219 S. Dearborn Street
Room 873
Chicago, IL 60604

MICHAEL K DESMOND
FIGLIULO & SILVERMAN P C
10 SOUTH LASALLE STREET STE 36
Chicago, IL 60603

**VIA REGULAR MAIL**

AAME, INC. D/B/A DINOS FINER FOODS
465 SUMMIT ST.
ELGIN, IL 60120-3828

RSM US LLP
1252 Bell Valley Rd., Ste. 300
Rockford, IL 61108

Pepsi Beverage Company
75 Remittance Drive
Suite 1884
Chicago, IL 60675-1884

Nicor Gas
Po box 549
Aurora, IL 60507

West Side Electric Supply, Inc.
Acct. # 106060
1530 N. LaFox
South Elgin, IL 60177

Goya Foods Chicago
Cust. #: 929590
1401 Remington Blvd.
Bolingbrook, IL 60490

Truong Enterprises
Attn: Bun Luu
2300 S. Halsted
Chicago, IL 60608

Chicago Seafood and Restaurant Supply
Acct # Dino's Foods
4433 W. 42nd Place
Chicago, IL 60632

Golden Country Oriental Food LLC
c/o Sidney J. Lee
Acct # 131305, 2355 S. Blue Island Ave.
Chicago, IL 60608

Peoria Packing Inc.
1307 W. Lake Street
Chicago, IL 60607

/s/ THOMAS E. SPRINGER, TRUSTEE
THOMAS E. SPRINGER, Trustee
300 S. County Farm Rd., Ste.I
Wheaton, IL 60187
Phone: (630) 510-0000