**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:  AAME, INC. D/B/A DINOS FINER FOODS         §   Case No. 13-26975
                                                   §
                                                   §
                                                   §
Debtor(s)                                          §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   THOMAS E. SPRINGER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $2,182.29                         Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $495.98            Claims Discharged
                                                    Without Payment: N/A

Total Expenses of Administration: $17,732.82

---

   3) Total gross receipts of $    18,228.80    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    0.00    (see **Exhibit 2**), yielded net receipts of $18,228.80 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 17,732.82 | 17,732.82 | 17,732.82 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 16,250.23 | 34,376.55 | 34,376.55 | 495.98 |
| **TOTAL DISBURSEMENTS** | $16,250.23 | $52,109.37 | $52,109.37 | $18,228.80 |

4) This case was originally filed under Chapter 7 on July 02, 2013. The case was pending for 48 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/11/2017          By: /s/THOMAS E. SPRINGER, TRUSTEE
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| fire insurance claim | 1149-000 | 6,500.00 |
| machinery and equipment | 1129-000 | 10,000.00 |
| acct rec - Villore Foods Co., Inc. | 1221-000 | 228.80 |
| post petition transfer - Elgin Beverage | 1241-000 | 1,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$18,228.80** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - THOMAS E. SPRINGER, TRUSTEE | 2100-000 | N/A | 2,572.88 | 2,572.88 | 2,572.88 |
| Clerk of the Court Costs (includes adversary and other filing fees) - Clerk | 2700-000 | N/A | 293.00 | 293.00 | 293.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Attorney for Trustee Fees (Trustee Firm) - SPRINGER BROWN, LLC | 3110-000 | N/A | 4,899.00 | 4,899.00 | 4,899.00 |
| Attorney for Trustee Expenses (Trustee Firm) - SPRINGER BROWN, LLC | 3120-000 | N/A | 101.00 | 101.00 | 101.00 |
| Other - RSM US LLP | 3410-000 | N/A | 6,649.20 | 6,649.20 | 6,649.20 |
| Other - Patrick T. Brankin | 3210-600 | N/A | 2,600.00 | 2,600.00 | 2,600.00 |
| Other - Patrick T. Brankin | 3220-610 | N/A | 276.00 | 276.00 | 276.00 |
| Other - Associated Bank | 2600-000 | N/A | 11.19 | 11.19 | 11.19 |
| Other - Associated Bank | 2600-000 | N/A | 16.78 | 16.78 | 16.78 |
| Other - Associated Bank | 2600-000 | N/A | 17.31 | 17.31 | 17.31 |
| Other - Associated Bank | 2600-000 | N/A | 16.73 | 16.73 | 16.73 |
| Other - Associated Bank | 2600-000 | N/A | 17.26 | 17.26 | 17.26 |
| Other - Associated Bank | 2600-000 | N/A | 17.24 | 17.24 | 17.24 |
| Other - Associated Bank | 2600-000 | N/A | 16.66 | 16.66 | 16.66 |
| Other - Associated Bank | 2600-000 | N/A | 17.19 | 17.19 | 17.19 |
| Other - ASSOCAITED BANK | 2600-000 | N/A | 16.61 | 16.61 | 16.61 |
| Other - ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - CB | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - CB | 2600-000 | N/A | 10.34 | 10.34 | 10.34 |
| Other - CB | 2600-000 | N/A | 11.66 | 11.66 | 11.66 |
| Other - CB | 2600-000 | N/A | 12.42 | 12.42 | 12.42 |
| Other - CB | 2600-000 | N/A | 11.21 | 11.21 | 11.21 |
| Other - ASSOCIATED BANK | 2600-000 | N/A | 17.12 | 17.12 | 17.12 |
| Other - ASSOCIATED BANK | 2600-000 | N/A | 15.44 | 15.44 | 15.44 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 17.59 | 17.59 | 17.59 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 19.44 | 19.44 | 19.44 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 20.92 | 20.92 | 20.92 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 21.56 | 21.56 | 21.56 |
| Other - ASSOCIATED BANK | 2600-000 | N/A | 17.07 | 17.07 | 17.07 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$17,732.82** | **$17,732.82** | **$17,732.82** |

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | $0.00 | $0.00 | $0.00 |

# EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

# EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Pepsi Beverage Company | 7100-000 | 309.48 | 307.62 | 307.62 | 4.44 |
| 2 | West Side Electric Supply, Inc. | 7100-000 | 380.92 | 380.92 | 380.92 | 5.50 |
| 3 | Goya Foods Chicago | 7100-000 | 1,838.26 | 1,292.45 | 1,292.45 | 18.65 |
| 4 | Truong Enterproses | 7100-000 | N/A | 6,080.00 | 6,080.00 | 87.72 |
| 5 | Chicago Seafood and Restaurant Supply | 7100-000 | 1,006.10 | 2,986.07 | 2,986.07 | 43.08 |
| 6 | Golden Country Oriental Food LLC | 7100-000 | 9,721.25 | 11,470.07 | 11,470.07 | 165.49 |
| 7 | Peoria Packing Inc. | 7100-000 | 1,336.45 | 5,184.41 | 5,184.41 | 74.80 |
| 8 | Nicor Gas | 7100-000 | 1,657.77 | 6,675.01 | 6,675.01 | 96.30 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $16,250.23 | $34,376.55 | $34,376.55 | $495.98 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-26975  
**Case Name:** AAME, INC. D/B/A DINOS FINER FOODS  

**Period Ending:** 07/11/17

**Trustee:** (330640)   THOMAS E. SPRINGER, TRUSTEE  
**Filed (f) or Converted (c):** 07/02/13 (f)  
**§341(a) Meeting Date:** 08/05/13  
**Claims Bar Date:** 04/08/14

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | checking acct - Fifth Third | 2,182.29 | 0.00 | | 0.00 | FA |
| 2 | fire insurance claim | Unknown | 15,000.00 | | 6,500.00 | FA |
| 3 | machinery and equipment | Unknown | 10,000.00 | | 10,000.00 | FA |
| 4 | inventory | Unknown | 0.00 | | 0.00 | FA |
| 5 | acct rec - Villore Foods Co., Inc.  (u) | 228.80 | 228.80 | | 228.80 | FA |
| 6 | post petition transfer - Elgin Beverage  (u) | 1,500.00 | 1,500.00 | | 1,500.00 | FA |
| 6 | **Assets    Totals** (Excluding unknown values) | **$3,911.09** | **$26,728.80** | | **$18,228.80** | **$0.00** |

**Major Activities Affecting Case Closing:**

Reassigned Joe Voiland case; Settled remaining litigation.  Trustee just received prompt determination letter from the IRS dated 12/16/16 and will be preparing the Final Report in the next few weeks.

**Initial Projected Date Of Final Report (TFR):**    December 15, 2014        **Current Projected Date Of Final Report (TFR):**    January 31, 2017  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 13-26975 | **Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640) |
| **Case Name:** AAME, INC. D/B/A DINOS FINER FOODS | **Bank Name:** UNKNOWN BANK |
| | **Account:** ********84 - Checking Account |
| **Taxpayer ID #:** **-***3113 | **Blanket Bond:** N/A |
| **Period Ending:** 07/11/17 | **Separate Bond:** $50,000,000.00 |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/23/13 | {3} | FB INVEST, LLC | proceeds from sale of mach & equip | 1129-000 | 10,000.00 | | 10,000.00 |
| 11/19/13 | {5} | VILLORE FOODS COMPANY, INC | payment of unsch acct rec | 1221-000 | 228.80 | | 10,228.80 |
| 12/01/13 | | CB | bank service fee | 2600-000 | | 10.00 | 10,218.80 |
| 12/12/13 | {6} | ELGIN BEVERAGE CO. | sett prcds from post pet transfer | 1241-000 | 1,500.00 | | 11,718.80 |
| 12/31/13 | | CB | bank service fee | 2600-000 | | 10.34 | 11,708.46 |
| 01/31/14 | | CB | bank service fee | 2600-000 | | 11.66 | 11,696.80 |
| 02/28/14 | | CB | bank service fee | 2600-000 | | 12.42 | 11,684.38 |
| 03/11/14 | | CB | bank service fee | 2600-000 | | 11.21 | 11,673.17 |
| 03/12/14 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 11,673.17 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 11,728.80 | 11,728.80 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 11,673.17 | |
| | | | **Subtotal** | | 11,728.80 | 55.63 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$11,728.80** | **$55.63** | |

{} Asset reference(s)

Printed: 07/11/2017 10:57 AM  V.13.30

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 13-26975  
**Case Name:** AAME, INC. D/B/A DINOS FINER FOODS  

**Taxpayer ID #:** **-***3113  
**Period Ending:** 07/11/17

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** ASSOCIATED BANK  
**Account:** ********30 - Checking Account  
**Blanket Bond:** N/A  
**Separate Bond:** $50,000,000.00

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/12/14 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 11,673.17 | | 11,673.17 |
| 04/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 11.19 | 11,661.98 |
| 05/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 16.78 | 11,645.20 |
| 06/06/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 17.31 | 11,627.89 |
| 07/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 16.73 | 11,611.16 |
| 08/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 17.26 | 11,593.90 |
| 09/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 17.24 | 11,576.66 |
| 10/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 16.66 | 11,560.00 |
| 11/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 17.19 | 11,542.81 |
| 12/05/14 | | ASSOCAITED BANK | BANK SERVICE FEE | 2600-000 | | 16.61 | 11,526.20 |
| 12/23/14 | 3001 | ASSOCIATED BANK | Transfer to new Assoc. Acct. | 9999-000 | | 11,526.20 | 0.00 |
| | | | ACCOUNT TOTALS | | 11,673.17 | 11,673.17 | $0.00 |
| | | | Less: Bank Transfers | | 11,673.17 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **11,673.17** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$11,673.17** | |

{} Asset reference(s)                                    Printed: 07/11/2017 10:57 AM     V.13.30

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 13-26975  
**Case Name:** AAME, INC. D/B/A DINOS FINER FOODS  

**Taxpayer ID #:** **-***3113  
**Period Ending:** 07/11/17  

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** ASSOCIATED BANK  
**Account:** ********00 - CHECKING ACCOUNT  
**Blanket Bond:** N/A  
**Separate Bond:** $50,000,000.00  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/23/14 | | ASSOCIATED BANK | transfer of funds | 9999-000 | 11,526.20 | | 11,526.20 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 11,516.20 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.12 | 11,499.08 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.44 | 11,483.64 |
| 04/10/15 | | ASSOCIATED BANK | Bank and Technology Services Fees | 2600-000 | | 17.07 | 11,466.57 |
| 04/10/15 | | ASSOCIATED BANK | Transfer to Rabobank, N.A. | 9999-000 | | 11,466.57 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 11,526.20 | 11,526.20 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 11,466.57 | |
| | | | **Subtotal** | | 11,526.20 | 59.63 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$11,526.20** | **$59.63** | |

{} Asset reference(s)

Printed: 07/11/2017 10:57 AM  V.13.30

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 13-26975  
**Case Name:** AAME, INC. D/B/A DINOS FINER FOODS  

**Taxpayer ID #:** **-***3113  
**Period Ending:** 07/11/17  

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****936866 - Checking Account  
**Blanket Bond:** N/A  
**Separate Bond:** $50,000,000.00  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/10/15 | | Rabobank, N.A. | Transfer from ASSOCIATED BANK | 9999-000 | 11,466.57 | | 11,466.57 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.59 | 11,448.98 |
| 10/20/15 | {2} | Peerless Indemnity Insurance Company | Settlement Payment | 1149-000 | 6,500.00 | | 17,948.98 |
| 10/20/15 | 30101 | Patrick T. Brankin | | 3210-600 | | 2,600.00 | 15,348.98 |
| 10/20/15 | 30102 | Patrick T. Brankin | | 3220-610 | | 276.00 | 15,072.98 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.44 | 15,053.54 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.92 | 15,032.62 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.56 | 15,011.06 |
| 03/17/17 | 30103 | SPRINGER BROWN, LLC | Dividend paid 100.00% on $4,899.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 4,899.00 | 10,112.06 |
| 03/17/17 | 30104 | SPRINGER BROWN, LLC | Dividend paid 100.00% on $101.00, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 101.00 | 10,011.06 |
| 03/17/17 | 30105 | THOMAS E. SPRINGER, TRUSTEE | Dividend paid 100.00% on $2,572.88, Trustee Compensation; Reference: | 2100-000 | | 2,572.88 | 7,438.18 |
| 03/17/17 | 30106 | RSM US LLP | Dividend paid 100.00% on $6,649.20, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 6,649.20 | 788.98 |
| 03/17/17 | 30107 | Clerk of the US Bankruptcy Court | Dividend paid 100.00% on $293.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 293.00 | 495.98 |
| 03/17/17 | 30108 | West Side Electric Supply, Inc. | Dividend paid 1.44% on $380.92; Claim# 2; Filed: $380.92; Reference: | 7100-000 | | 5.50 | 490.48 |
| 03/17/17 | 30109 | Goya Foods Chicago | Dividend paid 1.44% on $1,292.45; Claim# 3; Filed: $1,292.45; Reference: | 7100-000 | | 18.65 | 471.83 |
| 03/17/17 | 30110 | Truong Enterproses | Dividend paid 1.44% on $6,080.00; Claim# 4; Filed: $6,080.00; Reference: | 7100-000 | | 87.72 | 384.11 |
| 03/17/17 | 30111 | Chicago Seafood and Restaurant Supply | Dividend paid 1.44% on $2,986.07; Claim# 5; Filed: $2,986.07; Reference: | 7100-000 | | 43.08 | 341.03 |
| 03/17/17 | 30112 | Golden Country Oriental Food LLC | Dividend paid 1.44% on $11,470.07; Claim# 6; Filed: $11,470.07; Reference: | 7100-000 | | 165.49 | 175.54 |
| 03/17/17 | 30113 | Peoria Packing Inc. | Dividend paid 1.44% on $5,184.41; Claim# 7; Filed: $5,184.41; Reference: | 7100-000 | | 74.80 | 100.74 |
| 03/17/17 | 30114 | Nicor Gas | Dividend paid 1.44% on $6,675.01; Claim# 8; Filed: $6,675.01; Reference: | 7100-000 | | 96.30 | 4.44 |
| 03/17/17 | 30115 | Clerk of the U.S. Bankruptcy Court | COMBINED SMALL CHECK | 7100-000 | | 4.44 | 0.00 |

Subtotals : $17,966.57 $17,966.57

{} Asset reference(s)

Printed: 07/11/2017 10:57 AM V.13.30

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 5

| **Case Number:** | 13-26975 | | **Trustee:** | THOMAS E. SPRINGER, TRUSTEE (330640) |
|---|---|---|---|---|
| **Case Name:** | AAME, INC. D/B/A DINOS FINER FOODS | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ****936866 - Checking Account |
| **Taxpayer ID #:** | **-***3113 | | **Blanket Bond:** | N/A |
| **Period Ending:** | 07/11/17 | | **Separate Bond:** | $50,000,000.00 |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 17,966.57 | 17,966.57 | $0.00 |
| | | | Less: Bank Transfers | | 11,466.57 | 0.00 | |
| | | | **Subtotal** | | 6,500.00 | 17,966.57 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$6,500.00** | **$17,966.57** | |

| **TOTAL - ALL ACCOUNTS** | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ********84** | 11,728.80 | 55.63 | 0.00 |
| **Checking # ********30** | 0.00 | 11,673.17 | 0.00 |
| **Checking # ********00** | 11,526.20 | 59.63 | 0.00 |
| **Checking # ****936866** | 6,500.00 | 17,966.57 | 0.00 |
| | **$29,755.00** | **$29,755.00** | **$0.00** |

{} Asset reference(s)

Printed: 07/11/2017 10:57 AM    V.13.30